IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § | Case No. 23-90716 (DRJ) |
| Debtors.[1] | § § § | (Joint Administration Requested) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On June 12, 2023, Instant Brands Acquisition Holdings Inc. and its affiliated debtors and debtors-in-possession (collectively, the "**Debtors**") commenced voluntary petitions for relief under title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

__X__   The debtors have total debt of more than $10 million;

__X__   There are more than 50 parties in interest in this case;

_____   Claims against the debtors are publicly traded;

_____   Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

Accordingly, the Debtors submit that the Procedures for Complex Chapter 11 Cases in the Southern District of Texas should apply.

Dated: June 12, 2023
       Houston, Texas

HAYNES AND BOONE, LLP

*/s/ Arsalan Muhammad*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:  (713) 547-2000
Email: charles.beckham@haynesboone.com
       arsalan.muhammad@haynesboone.com
       david.trausch@haynesboone.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (*pro hac vice* pending)
Steven Z. Szanzer (*pro hac vice* pending)
Joanna McDonald (*pro hac vice* pending)
450 Lexington Avenue
New York, New York 10017
Tel.:  (212) 450-4000
Email: brian.resnick@davispolk.com
       steven.szanzer@davispolk.com
       joanna.mcdonald@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that, on June 12, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Arsalan Muhammad*
Arsalan Muhammad