IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **INSTANT BRANDS ACQUISITION HOLDINGS INC.**, *et al.*, | § § § § | Case No. 23-90716 (DRJ) |
| Debtors.[1] | § § | Jointly Administered |

## NOTICE OF FILING OF REDACTED CONSOLIDATED CREDITORS MATRIX

**PLEASE TAKE NOTICE** that Instant Brands Acquisition Holdings Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby file this *Notice of Filing of Redacted Consolidated Creditors Matrix* (the "**Notice**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Authorizing Debtors to (A) File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors and Redact Certain Personal Identifying Information and (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information* [Docket No. 87] (the "**Consolidated Creditor Matrix Order**"), the Debtors hereby file (i) a redacted copy of the Consolidated Creditors Matrix (the "**Matrix**") attached hereto as **Exhibit A** and (ii) the applicable Verification of Consolidated Creditors Matrix attached hereto as **Exhibit B**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (9822); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

**PLEASE TAKE FURTHER NOTICE** that an unredacted version of the Matrix has been filed under seal concurrently with this Notice pursuant to the Consolidated Creditor Matrix Order.

Dated: June 15, 2023

HAYNES AND BOONE, LLP

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:    (713) 547-2000
Email:  charles.beckham@haynesboone.com
           arsalan.muhammad@haynesboone.com
           david.trausch@haynesboone.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
David Schiff (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:    (212) 450-4000
Email:  brian.resnick@davispolk.com
           david.schiff@davispolk.com
           steven.szanzer@davispolk.com
           joanna.mcdonald@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on June 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.