**In the United States Bankruptcy Court
for the SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | |
| | § | Chapter 11 |
| | § | |
| **INSTANT BRANDS ACQUISITION** | § | Case No. 23-90716 (DRJ) |
| **HOLDINGS INC.,** *et al.*, | § | |
| | § | |
| | § | (Jointly Administered) |
| **Debtors.**[1] | § | |
| | § | Ref. Docket No. 103 |

**MASTER SERVICE LIST
(as of June 16, 2023)[2]**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/inb/info under "Case Actions."

| **UNITED STATES TRUSTEE** | **DEBTOR** |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>515 RUSK STREET<br>SUITE 3516<br>HOUSTON TX 77002<br>EMAIL: STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV | INSTANT BRANDS ACQUISITION HOLDINGS INC.<br>3025 HIGHLAND PARKWAY<br>SUITE 700<br>DOWNERS GROVE IL 60515 |
| **DEBTORS' COUNSEL** | HAYNES AND BOONE, LLP<br>ATTN: CHARLES A. BECKHAM, JR., ARSALAN MUHAMMAD, DAVID A. TRAUSCH<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010<br>EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM;ARSALN.MUHAMMAD@HAYNESBOONE.COM;DAVID.TRAUSCH@HAYNESBOONE.COM |
| DAVIS POLK WARDELL LLP<br>ATTN: BRIAN M. RESNICK, STEVEN Z. SZANZER, JOANNA MCDONALD<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>EMAIL: BRIAN.RESNICK@DAVISPOLK.COM;STEVEN.SZANZER@DAVISPOLK.COM;JOANNA.MCDONALD@DAVISPOLK.COM | |
| **DEBTORS' COUNSEL (CCAA PROCEEDING)** | **LENDER – COUNSEL** |
| STIKEMAN ELLIOTT LLP<br>ATTN: MARIA KONYUKHOVA<br>5300 COMMERCE COURT WEST<br>199 BAY STREET<br>TORONTO ON M5L 1B9<br>CANADA<br>EMAIL: MKONYUKHOVA@STIKEMAN.COM; ATAYLOR@STIKEMAN.COM; RHAMMAD@STIKEMAN.COM | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: HOWARD T. SPILKO<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>EMAIL: HSPILKO@KRAMERLEVIN.COM; RRINGER@KRAMERLEVIN.COM; SWELKIS@KRAMERLEVIN.COM; SNI@KRAMERLEVIN.COM |

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL FOR BANK OF AMERICA N.A.)<br>ATTN: BOD B. BRUNER AND MARIA MOKRZYCKA<br>1301 MCKINNEY STREET, SUITE 5100<br>HOUSTON TX 77010<br>EMAIL:<br>bob.bruner@nortonrosefulbright.com;maria.mokrzycka@nortonrosefulbright.com | ROPES & GRAY LLP<br>(COUNSEL TO THE AD HOC GROUP)<br>ATTN: RYAN PRESTON DAHL, MATTHEW M ROOSE,<br>DANIEL GWEN, LINDSAY C. BARCA, ERIC P. SCHRIESHEIM<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>FAX: 212-596-9090<br>EMAIL: ryan.dahl@ropesgray.com; matthew.roose@ropesgray.com;daniel.gwen@ropesgray.com;lindsay.barca@ropesgray.com;eric.schriesheim@ropesgray.com;Milap.Patel@ropesgray.com;Nell.Ethridge@ropesgray.com;Megan.Black@ropesgray.com;Danny.Ishak@ropesgray.com;Patricia.Chen@ropesgray.com;Meir.Weinberg@ropesgray.com;Jessica.Rubin@ropesgray.com;Marie.Bogenez@ropesgray.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL FOR BANK OF AMERICA, N.A.)<br>ATTN: SETH JACOBSON<br>155 N. WACKER DRIVE<br>CHICAGO IL 60606<br>EMAIL: SETH.JACOBSON@SKADDEN.COM; TABITHA.HUMPHRIES@SKADDEN.COM; JINN-MIN.LIN@SKADDEN.COM; MARTHA.ELLERSON@SKADDEN.COM; JANET.ESNES@SKADDEN.COM; RACHEL.COHEN@SKADDEN.COM | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL FOR BANK OF AMERICA, N.A.)<br>ATTN: JAMES J. MAZZA, JR., ROBERT E FITZGERALD<br>155 N. WACKER DRIVE<br>CHICAGO IL 60606<br>EMAIL: james.mazza@skadden.com;robert.fitzgerald@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL FOR BANK OF AMERICA N.A.)<br>ATTN: ANGELINE J. HWANG<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001<br>EMAIL: angeline.hwang@skadden.com | WHITE & CASE LLP<br>ATTN: HARRISON DENMAN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>EMAIL: HARRISON.DENMAN@WHITECASE.COM |

| EQUITY HOLDERS | TOP 30 |
|---|---|
| DENTONS CANADA LLP<br>ATTN: ANDREA C JOHNSON<br>99 BANK STREET, SUITE 1420<br>OTTAWA ON K1P 1H4<br>CANADA | ADAPTICS LTD<br>ATTN: BEN HARRIS, CEO<br>THE PRIORY, JOHN STREET WEST<br>DUBLIN 8<br>IRELAND |
| AEROTEK COMMERCIAL STAFFING<br>ATTN: STACEY JENKINS, CFO<br>7301 PARKWAY DRIVE<br>HANOVER MD 21076 | ANCHOR HOCKING<br>ATTN: JAMIE KELLER, CFO<br>1600 DUBLIN ROAD, EAST BUILDING, SUITE 200<br>COLUMBUS OH 43215<br>EMAIL: JAMIE.KELLER@ANCHORHOCKING.COM |
| APPLIED INDUSTRIAL TECHNOLOGIES<br>ATTN: JON S. PLOETZ, GENERAL COUNSEL<br>1 APPLIED PLAZA<br>CLEVELAND OH 44115 | ARC INTERNATIONAL<br>ATTN: ERIC TRUPIN, CFO & CIO<br>601 S WADE BOULEVARD<br>MILLVILLE NJ 08332-5001<br>EMAIL: ERIC.TRUPIN@ARC-INTL.COM |

| | |
|---|---|
| BAZAARVOICE INC.<br>ATTN: KEN HASHMAN, CFO<br>10901 STONELAKE BLVD<br>AUSTIN TX 78759 | BONUSGO INTERNATIONAL LIMITED<br>ATTN: DAVID CHEN, CEO<br>NO118 TAODU ROAD<br>YIXING CITY  214205<br>CHINA<br>EMAIL: DAVID@TAIYIGROUP.COM |
| CRITEO CORP<br>ATTN: SARAH GLICKMAN, CFO<br>387 PARK AVENUE SOUTH<br>NEW YORK NY 10016 | CROWELL & MORING LLP<br>ATTN: WILLIAM FRANKEL, PARTNER<br>455 NORTH CITYFRONT PLAZA DRIVE, SUITE 3500<br>CHICAGO IL 66011<br>EMAIL: WFRANKEL@CROWELL.COM |
| ELIJAH LTD.<br>ATTN: ANDY REISMAN<br>205 W WACKER DR., STE 1950<br>CHICAGO IL 60606<br>EMAIL: ANDY.REISMAN@ELIJAHT.COM | FOSHAN CITY SHUNDE DISTRICT DONLIM<br>ATTN: YANBIOA JIANG, CFO<br>NO.26 SHUNYE EAST ROAD<br>FOSHAN  528325<br>CHINA |

| | |
|---|---|
| HEALTHLEAD CORPORATION LIMITED | HENRY DESJONQUERES INDUSTRIES |
| ATTN: TIM CHEN, CEO | ATTN: SYLVAI PELLETIER, CEO |
| BUILDING 1, YONGXIN INDUSTRY ZONE, | ROUTE D'EU - 76 340 |
| SHENZHEN  518115 | BLANGY SUR BRESLE |
| CHINA | FRANCE |
| EMAIL: TIM@HEALTHLEAD.COM.CN | EMAIL: SYLVAIN.PELLETIER@H-D-INDUSTRIES.COM |

| | |
|---|---|
| JONES LANG LASALLE BROKERAGE, INC. | MATRIX ANTRIM PARTNERS, LP |
| ATTN: KAREN BRENNAN, CFO | ATTN: GARY HANS, SENIOR VICE PRESIDENT |
| 200 E. RANDOLPH STREET, SUITE 4300 | 3 CENTER DRIVE |
| CHICAGO IL 60601 | MONROE TOWNSHIP NJ 08331 |
| | EMAIL: GHANS@MATRIXCOMPANIES.COM |

| | |
|---|---|
| MIDEA ELECTRIC TRADING (SINGAPORE) | NINGBO CARELINE ELECTRIC APPL CO. |
| ATTN: DAVID XU, PRESIDENT OF MIDEA SDA DIVISION | ATTN: SEVEN CHANG, CEO |
| 158 CECIL ST NO. 07-01/02 | NO.888 WEI'YI ROAD |
| SINGAPORE  69545 | NINGBO  315327 |
| SINGAPORE | CHINA |
| EMAIL: XUMINFENG@MIDEA.COM | EMAIL: SEVENCHANG@CHINACHICHENG.COM |

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA<br>ATTN: ROBERT MUNDY, EVP & CFO<br>1 NORTH FIELD COURT<br>LAKE FOREST IL 60045 | SALESFORCE.COM, INC.<br>ATTN: TODD MACHTMES, GENERAL COUNSEL<br>415 MISSION STREET, 3RD FLOOR<br>SAN FRANCISCO CA 94105 |
| SANLIDA ELECTRICAL TECHNOLOGY CO., LTD.<br>ATTN: CHUNG LI, CEO<br>101, BUILDING A, 27 JIANGJUNMAO COM<br>SHENZHEN  518116<br>CHINA<br>EMAIL: LICHUANG@SANLIDACO.COM | SHANDONG LINUO TECHNICAL GLASS CO LTD.<br>ATTN: YANG ZHONGCHEN, VICE CHAIRMAN/PRESIDENT<br>YU HUANG-MIAO, SHANGHE COUNTY<br>SHANDONG  251604<br>CHINA<br>EMAIL: LINUO@LINUO.COM |
| SOMOBRESLE<br>ATTN: STEPHANE FRANCONVILLE<br>ZONE INDUSTRIELLE<br>BLANGY SUR BRESLE  76340<br>FRANCE<br>EMAIL: STEPHANE.FRANCONVILLE@GMAIL.COM | STOBBS IP LIMITED<br>ATTN: JULIUS STOBBS<br>BUILDING 1000, CAMBRIDGE RESEARCH P<br>CAMBRIDGE  CB25 9PD<br>UNITED KINGDOM<br>EMAIL: JULIUSSTOBBS@IAMSTOBBS.COM |

| | |
|---|---|
| THE NPD GROUP, INC.<br>ATTN: SUSAN BENNETT, CHIEF LEGAL OFFICER<br>900 WEST SHORE ROAD<br>PORT WASHINGTON NY 11050 | TMF PLASTIC SOLUTIONS, LLC<br>ATTN: GREG KUPPLER, CEO & PRESIDENT<br>12127B GALENA ROAD<br>PLANO IL 60545<br>EMAIL: TMF_POLYMERS@MSN.COM |
| TOPIM INTELLIGENT MANUFACTURING<br>ATTN: LINGAN LIU, CHAIRMAN OF BOARD<br>TOPIM INTELLIGENT MANUFACTURING, IN<br>FOSHAN  528247<br>CHINA<br>EMAIL: LLA9392@163.COM | UNITED PARCEL SERVICE<br>ATTN: BRIAN NEWMAN, EVP & CFO<br>55 GLENLAKE PARKWAY NE<br>ATLANTA GA 30328 |
| ZHEJIANG AISHIDA HOUSEHOLD EQUIPMENT<br>ATTN: CHEN HELIN, CHAIRMAN OF THE BOARD<br>NO.69 HUANGHE ROAD<br>JIASHAN  314100<br>CHINA<br>EMAIL: ZJASD@ASD.COM.CN | ZHEJIANG TIANXI KITCHEN APPLIANCE CO.<br>ATTN: XIYAN CHEN, CEO<br>NO.8 SHANYAN ROAD<br>LISHUI  321404<br>CHINA<br>EMAIL: CHENXIYAN@TIANXI.COM |

| | |
|---|---|
| ZHONG SHAN RNICE ELECTRONICS CO., LTD. | **GOVERNMENTAL AGENCY** |
| ATTN: ZHONGYIN TONG, GENERAL MANAGER | |
| NO. 17 TONGJI WEST ROAD, NANTOU TOW | COMMONWEALTH OF PUERTO RICO ATTY GENERAL |
| ZHONG SHAN  528427 | SECTION 902192 |
| CHINA | SAN JUAN PR 00902-0192 |
| EMAIL: TONGZHONGYIN@YALESI.NET | FAX: 787-753-6160 |

| | |
|---|---|
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | INTERNAL REVENUE SERVICE |
| 441 4TH ST, NW | DEPARTMENT OF THE TREASURY |
| WASHINGTON DC 20001 | 1500 PENNSYLVANIA AVENUE, N.W. |
| FAX: 202-347-8922 | WASHINGTON DC 20220 |
| EMAIL: OAG@DC.GOV | EMAIL: SPECIALMASTEREXECCOMP@TREASURY.GOV |

| | |
|---|---|
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE |
| 1100 COMMERCE STREET | CENTRALIZED INSOLVENCY OPERATION |
| ROOM 121 | PO BOX 7346 |
| DALLAS TX 75242 | PHILADELPHIA PA 19101-7346 |

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
100 F STREET, NE
WASHINGTON DC 20549

STATE OF ALABAMA ATTORNEY GENERAL
501 WASHINGTON AVE
MONTGOMERY AL 36104

STATE OF ALASKA ATTORNEY GENERAL
1031 W 4TH AVE, STE 200
ANCHORAGE AK 99501
FAX: 907-276-3697
EMAIL: ATTORNEY.GENERAL@ALASKA.GOV

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
AMERICAN SAMOA GOV'T, EXEC OFC BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004
FAX: 602-542-4085

STATE OF ARKANSAS ATTORNEY GENERAL
323 CENTER ST, STE 200
LITTLE ROCK AR 72201-2610
FAX: 501-682-8084
EMAIL: OAG@ARKANSASAG.GOV

| | |
|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL |
| 1300 I ST, STE 1740 | RALPH L CARR COLORADO JUDICIAL BLDG |
| SACRAMENTO CA 95814 | 1300 BROADWAY, 10TH FL |
| FAX: 916-323-5341 | DENVER CO 80203 |
| | FAX: 720-508-6030 |
| | EMAIL: ATTORNEY.GENERAL@COAG.GOV |
| | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL |
| 55 ELM ST | CARVEL STATE OFFICE BLDG |
| HARTFORD CT 06106 | 820 N FRENCH ST |
| FAX: 860-808-5387 | WILMINGTON DE 19801 |
| EMAIL: ATTORNEY.GENERAL@CT.GOV | FAX: 302-577-6630 |
| | EMAIL: ATTORNEY.GENERAL@STATE.DE.US |
| | |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL |
| THE CAPITOL, PL 01 | 40 CAPITOL SQUARE, SW |
| TALLAHASSEE FL 32399-1050 | ATLANTA GA 30334 |
| FAX: 850-487-2564 | FAX: 404-657-8733 |
| | EMAIL: AGCARR@LAW.GA.GOV |

| | |
|---|---|
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL |
| 425 QUEEN ST | 700 W JEFFERSON ST, STE 210 |
| HONOLULU HI 96813 | PO BOX 83720 |
| FAX: 808-586-1239 | BOISE ID 83720-0010 |
| EMAIL: HAWAIIAG@HAWAII.GOV | FAX: 208-854-8071 |
| | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL |
| 100 W RANDOLPH ST | INDIANA GOVERNMENT CENTER SOUTH |
| CHICAGO IL 60601 | 302 W WASHINGTON ST, 5TH FL |
| | INDIANAPOLIS IN 46204 |
| | |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL |
| BANKRUPTCY UNIT | 120 SW 10TH AVE, 2ND FL |
| 1305 E WALNUT | TOPEKA KS 66612 |
| DES MOINES IA 50319 | FAX: 785-296-6296 |
| FAX: 515-281-4209 | |
| EMAIL: JOHN.WATERS@IOWA.GOV | |

| | |
|---|---|
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL |
| 700 CAPITOL AVE, STE 118 | 1885 N THIRD ST |
| FRANKFORT KY 40601-3449 | BATON ROUGE LA 70802 |
| FAX: 502-564-2894 | EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| | |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL |
| 6 STATE HOUSE STATION | 200 ST PAUL PLACE |
| AUGUSTA ME 04333 | BALTIMORE MD 21202 |
| | EMAIL: OAG@OAG.STATE.MD.US |
| | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL |
| 1 ASHBURTON PLACE | G. MENNEN WILLIAMS BLDG |
| BOSTON MA 02108-1518 | 525 W OTTAWA ST - PO BOX 30212 |
| EMAIL: AGO@STATE.MA.US | LANSING MI 48909 |
| | FAX: 517-373-3042 |
| | EMAIL: MIAG@MICHIGAN.GOV |

| | |
|---|---|
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL |
| 455 MINNESOTA ST, STE 1400 | WALTER SILLERS BLDG |
| ST. PAUL MN 55101-2131 | 550 HIGH ST, STE 1200 |
| EMAIL: ATTORNEY.GENERAL@AG.STATE.MN.US | JACKSON MS 39201 |
| | FAX: 601-359-4231 |
| | |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL |
| SUPREME CT BLDG, 207 W HIGH ST | JUSTICE BLDG |
| PO BOX 899 | 215 N SANDERS |
| JEFFERSON CITY MO 65102 | HELENA MT 59620-1401 |
| FAX: 573-751-0774 | FAX: 406-444-3549 |
| EMAIL: ATTORNEY.GENERAL@AGO.MO.GOV | |
| | |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL |
| 2115 STATE CAPITOL | 100 N CARSON ST |
| PO BOX 98920 | CARSON CITY NV 89701 |
| LINCOLN NE 68509 | FAX: 775-684-1108 |
| FAX: 402-471-3297 | EMAIL: AGINFO@AG.NV.GOV |
| EMAIL: AGO.INFO.HELP@NEBRASKA.GOV | |

| | |
|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301<br>FAX: 603-271-2110<br>EMAIL: ATTORNEYGENERAL@DOJ.NH.GOV | STATE OF NEW JERSEY ATTORNEY GENERAL<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST - BOX 080<br>TRENTON NJ 08625-0080<br>FAX: 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501<br>FAX: 505-490-4883 | STATE OF NEW YORK ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>EMAIL: NYAG.PRESSOFFICE@AG.NY.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>9001 MAIL SERVICE CTR<br>RALEIGH NC 27699-9001<br>FAX: 919-716-6750 | STATE OF NORTH DAKOTA ATTORNEY GENERAL<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505<br>EMAIL: NDAG@ND.GOV |

| | |
|---|---|
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL |
| 30 E BROAD ST, 14TH FL | 313 NE 21ST ST |
| COLUMBUS OH 43215 | OKLAHOMA CITY OK 73105 |
| | FAX: 405-521-6246 |
| | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL |
| 1162 COURT ST, NE | 16TH FL, STRAWBERRY SQ |
| SALEM OR 97301 | HARRISBURG PA 17120 |
| FAX: 503-378-4017 | FAX: 717-787-8242 |
| | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL |
| 150 S MAIN ST | REMBERT DENNIS OFFICE BLDG |
| PROVIDENCE RI 02903 | 1000 ASSEMBLY ST, ROOM 519 |
| FAX: 401-222-1331 | COLUMBIA SC 29201 |

| | |
|---|---|
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL<br>1302 EAST HIGHWAY 14, STE 1<br>PIERRE SD 57501-8501<br>FAX: 605-773-4106 | STATE OF TENNESSEE ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br>FAX: 615-741-2009 |
| STATE OF TEXAS ATTORNEY GENERAL<br>300 W 15TH ST<br>AUSTIN TX 78701<br>FAX: 512-475-2994 | STATE OF UTAH ATTORNEY GENERAL<br>350 N STATE ST, STE 230<br>SALT LAKE CITY UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>EMAIL: AGO.INFO@VERMONT.GOV | STATE OF VIRGIN ISLANDS ATTORNEY GENERAL<br>34-38 KRONPRINDSENS GADE<br>GERS BLDG, 2ND FL<br>ST. THOMAS VI 00802 |

| | |
|---|---|
| STATE OF VIRGINIA ATTORNEY GENERAL<br>202 N 9TH ST<br>RICHMOND VA 23219<br>FAX: 703-277-3547 | STATE OF WASHINGTON ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON WV 25305<br>FAX: 304-558-0140 | STATE OF WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 W MAIN ST - PO BOX 7857<br>MADISON WI 53703-7857<br>FAX: 608-267-2779 |
| STATE OF WYOMING ATTORNEY GENERAL<br>2320 CAPITOL AVE<br>CHEYENNE WY 82002<br>FAX: 307-777-6869 | THE UNITED STATES ATTORNEYS OFFICE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN RICHARD A KINCHELOE<br>1000 LOUISIANA STREET<br>HOUSTON TX 77002<br>EMAIL: RICHARD.KINCHELOE@USDOJ.GOV |

**PARTIES REQUESTING NOTICE**

BANK OF MONTREAL
ATTN: HARRY LAMPART
3 TIMES SQUARE, 27TH FLOOR
NEW YORK NY 10036
EMAIL: HARRY.LAMPART@BMO.COM

BMO HARRIS BANK
BMO FINANCIAL GROUP
ATTN: JACQUELINE LENTZ
115 S. LASALLE ST., 20W
CHICAGO IL 60603
EMAIL: JACQUELINE.LENTZ@BMO.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL FOR TARRANT COUNTY/NORTHWEST ISD)
ATTN: JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207
FAX: 469-221-5003
EMAIL: dallas.bankruptcy@lgbs.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: SARAH E. MEIMAN AND LOUISA A. SOULARD
445 12TH STREET, S.W.
WASHINGTON DC 20024
EMAIL: meiman.sarah@pbgc.gov;efile@pbgc.gov;soulard.louisa@pbgc.gov

PROSKAUER ROSE LLP
ATTN: PATRICK D. WALLING
ONE INTERNATIONAL PLACE
BOSTON MA 02110-2600
EMAIL: PWALLING@PROSKAUER.COM; TKARCHER@PROSKAUER.COM; CDALE@PROSKAUER.COM; MIODICE@PROSKAUER.COM; KBUCKLEY@PROSKAUER.COM

SCMI US INC.
ATTN: DANIEL IZZO
300 MADISON AVENUE
NEW YORK NY 10017
EMAIL: DANIEL.IZZO@SUMITOMOCORP.COM

SCMI US INC.

ATTN: SHUNJI HARA

300 MADISON AVENUE

NEW YORK NY 10017

EMAIL: SHUNJI.HARA@SUMITOMOCORP.COM; SCMIUS@SUMITOMOCORP.COM