In the United States Bankruptcy Court
for the SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **INSTANT BRANDS ACQUISITION** | § | Case No. 23-90716 (DRJ) |
| **HOLDINGS INC.**, *et al.*, | § | |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Ref. Docket No. 103 |

**MASTER SERVICE LIST**
**(as of July 7, 2023)[2]**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/inb/info under "Case Actions."

| UNITED STATES TRUSTEE | DEBTOR |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>515 RUSK STREET<br>SUITE 3516<br>HOUSTON TX 77002<br>EMAIL: HECTOR.DURAN.JR@USDOJ.GOV | INSTANT BRANDS ACQUISITION HOLDINGS INC.<br>3025 HIGHLAND PARKWAY<br>SUITE 700<br>DOWNERS GROVE IL 60515 |

| DEBTOR – COUNSEL | |
|---|---|
| DAVIS POLK WARDELL LLP<br>ATTN: BRIAN M. RESNICK, STEVEN Z. SZANZER, JOANNA MCDONALD<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>EMAIL: BRIAN.RESNICK@DAVISPOLK.COM;STEVEN.SZANZER@DAVISPOLK.COM;JOANNA.MCDONALD@DAVISPOLK.COM | HAYNES AND BOONE, LLP<br>ATTN: CHARLES A. BECKHAM, JR., ARSALAN MUHAMMAD, DAVID A. TRAUSCH<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010<br>EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM;ARSALN.MUHAMMAD@HAYNESBOONE.COM;DAVID.TRAUSCH@HAYNESBOONE.COM |

| DEBTOR - COUNSEL (CCAA PROCEEDING) | LENDERS – COUNSEL |
|---|---|
| STIKEMAN ELLIOTT LLP<br>ATTN: MARIA KONYUKHOVA<br>5300 COMMERCE COURT WEST<br>199 BAY STREET<br>TORONTO ON M5L 1B9<br>CANADA<br>EMAIL: MKONYUKHOVA@STIKEMAN.COM; ATAYLOR@STIKEMAN.COM; RHAMMAD@STIKEMAN.COM | KRAMER LEVIN NAFTALIS $ FRANKEL LLP<br>(COUNSEL TO CORNELL CAPITAL LLC)<br>ATTN: RACHAEL L. RINGER AND ANDREW J. CITRON)<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-2714<br>EMAIL: rringer@kramerlevin.com; acitron@kramerlevin.com |

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | NORTON ROSE FULBRIGHT US LLP |
| ATTN: HOWARD T. SPILKO | (COUNSEL FOR BANK OF AMERICA N.A.) |
| 1177 AVENUE OF THE AMERICAS | ATTN: BOD B. BRUNER AND MARIA MOKRZYCKA |
| NEW YORK NY 10036 | 1301 MCKINNEY STREET, SUITE 5100 |
| EMAIL: HSPILKO@KRAMERLEVIN.COM; RRINGER@KRAMERLEVIN.COM; SWELKIS@KRAMERLEVIN.COM; SNI@KRAMERLEVIN.COM | HOUSTON TX 77010 |
| | EMAIL: bob.bruner@nortonrosefulbright.com;maria.mokrzycka@nortonrosefulbright.com |
| ROPES & GRAY LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| (COUNSEL TO THE AD HOC GROUP) | (COUNSEL FOR BANK OF AMERICA, N.A.) |
| ATTN: RYAN PRESTON DAHL, MATTHEW M ROOSE, DANIEL GWEN, LINDSAY C. BARCA, ERIC P. SCHRIESHEIM | ATTN: SETH JACOBSON |
| 1211 AVENUE OF THE AMERICAS | 155 N. WACKER DRIVE |
| NEW YORK NY 10036-8704 | CHICAGO IL 60606 |
| FAX: 212-596-9090 | EMAIL: SETH.JACOBSON@SKADDEN.COM;TABITHA.HUMPHRIES@SKADDEN.COM;JINN-MIN.LIN@SKADDEN.COM;MARTHA.ELLERSON@SKADDEN.COM;JANET.ESNES@SKADDEN.COM;RACHEL.COH |
| EMAIL: ryan.dahl@ropesgray.com; matthew.roose@ropesgray.com;daniel.gwen@ropesgray.com;lindsay.barca@ropesgray.com;eric.schriesheim@ropesgray.com;Milap | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| (COUNSEL FOR BANK OF AMERICA N.A.) | (COUNSEL FOR BANK OF AMERICA, N.A.) |
| ATTN: ANGELINE J. HWANG | ATTN: JAMES J. MAZZA, JR., ROBERT E FITZGERALD |
| ONE MANHATTAN WEST | 155 N. WACKER DRIVE |
| NEW YORK NY 10001 | CHICAGO IL 60606 |
| EMAIL: angeline.hwang@skadden.com | EMAIL: james.mazza@skadden.com;robert.fitzgerald@skadden.com |

| | |
|---|---|
| WHITE & CASE LLP<br>ATTN: HARRISON DENMAN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095<br>EMAIL: HARRISON.DENMAN@WHITECASE.COM | **EQUITY HOLDERS – COUNSEL**<br><br>DENTONS CANADA LLP<br>ATTN: ANDREA C JOHNSON<br>99 BANK STREET, SUITE 1420<br>OTTAWA ON K1P 1H4<br>CANADA |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>CRITEO CORP.<br>ATTN: PETRIE TERBLANCHE, SENIOR VICE PRESIDENT FINANCE<br>32 RUE BLANCHE<br>PARIS<br>FRANCE<br>EMAIL: p.terblanche@criteo.com;r.damon@criteo.com | MIDEA ELECTRIC TRADING (SINGAPORE) CO PTE LTD<br>C/O BRIAN MITTELDORF, U.S. AGENT<br>4340 FULTON AVE, THIRD FLOOR<br>SHERMAN OAKS CA 91423<br>EMAIL: blm@cabcollects.com |
| PENSION BENEFIT GUARANTY CORPORTATION<br>ATTN: CYNTHIA WONG<br>445 12TH ST SW<br>WASHINGTON DC 20024-2101<br>EMAIL: wong.cynthia@pbgc.gov | RAVAGO AMERICAS, LLC DBA MUEHLSTEIN<br>ATTN: MARTIN OLSON<br>10 WESTPORT ROAD<br>WILTON CT 06897<br>EMAIL: Martin.olson@ravago.com |

| | |
|---|---|
| THOMAS, BRANDON<br>11716 48TH STREET EAST<br>EDGEWOOD WA 98372<br>EMAIL: brandonbthomas@gmail.com | TOPIM INTELLIGENT MANUFACTURING<br>ATTN: LINGAN LIU<br>TOPIM INTELLIGENT MANUFACTURING INDUSTRIAL PARK<br>BAIMA AVENUE, SHUANGQUING DISTRICT<br>SHAO YANG CITY<br>HUNAN PROVINCE<br>CHINA<br>EMAIL: zhouyuanqing@topim.net |
| USW NTERNATIONAL UNION, AFL-CIO, CLC<br>ATTN: NATHAN KILBERT, ASSISTANT GEN. COUNSEL<br>60 BLVD OF THE ALLIES STE 807<br>PITTSBURGH PA 15222-1209<br>FAX: 412-562-2429<br>EMAIL: nkilbert@usw.org | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS - COUNSEL (PROPOSED)**<br><br>DLA PIPER LLP (US)<br>(PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: JAMES P. MUENKER<br>1900 NORTH PEARL STREET, SUITE 2200<br>DALLAS TX 75201<br>EMAIL: JAMES.MUENKER@US.DLAPIPER.COM |
| DLA PIPER LLP (US)<br>(PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: OKSANA LASHKO, DENNIS O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>EMAIL: OKSANA.LASHKO@US.DLAPIPER.COM;DENNIS.ODONNELL@US.DLAPIPER.COM | DLA PIPER LLP (US)<br>(PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: W. BENJAMIN WINGER<br>444 WEST LAKE STREET, SUITE 900<br>CHICAGO IL 60606<br>EMAIL: BENJAMIN.WINGER@US.DLAPIPER.COM |

| | |
|---|---|
| **GOVERNMENTAL AGENCY** | DISTRICT OF COLUMBIA ATTORNEY GENERAL |
| | 441 4TH ST, NW |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | WASHINGTON DC 20001 |
| SECTION 902192 | FAX: 202-347-8922 |
| SAN JUAN PR 00902-0192 | EMAIL: OAG@DC.GOV |
| FAX: 787-753-6160 | |
| | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE |
| 1100 COMMERCE STREET | CENTRALIZED INSOLVENCY OPERATION |
| ROOM 121 | PO BOX 7346 |
| DALLAS TX 75242 | PHILADELPHIA PA 19101-7346 |
| | |
| INTERNAL REVENUE SERVICE | SECURITIES AND EXCHANGE COMMISSION |
| DEPARTMENT OF THE TREASURY | SEC HEADQUARTERS |
| 1500 PENNSYLVANIA AVENUE, N.W. | 100 F STREET, NE |
| WASHINGTON DC 20220 | WASHINGTON DC 20549 |

| | |
|---|---|
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL |
| 501 WASHINGTON AVE | 1031 W 4TH AVE, STE 200 |
| MONTGOMERY AL 36104 | ANCHORAGE AK 99501 |
| | FAX: 907-276-3697 |
| | EMAIL: ATTORNEY.GENERAL@ALASKA.GOV |
| | |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL |
| AMERICAN SAMOA GOV'T, EXEC OFC BLDG | 2005 NORTH CENTRAL AVENUE |
| UTULEI, TERRITORY OF AMERICAN SAMOA | PHOENIX AZ 85004 |
| PAGO PAGO AS 96799 | FAX: 602-542-4085 |
| | |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL |
| 323 CENTER ST, STE 200 | 1300 I ST, STE 1740 |
| LITTLE ROCK AR 72201-2610 | SACRAMENTO CA 95814 |
| FAX: 501-682-8084 | FAX: 916-323-5341 |
| EMAIL: OAG@ARKANSASAG.GOV | |

| | |
|---|---|
| STATE OF COLORADO ATTORNEY GENERAL<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY, 10TH FL<br>DENVER CO 80203<br>FAX: 720-508-6030<br>EMAIL: ATTORNEY.GENERAL@COAG.GOV | STATE OF CONNECTICUT ATTORNEY GENERAL<br>55 ELM ST<br>HARTFORD CT 06106<br>FAX: 860-808-5387<br>EMAIL: ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FAX: 302-577-6630<br>EMAIL: ATTORNEY.GENERAL@STATE.DE.US | STATE OF FLORIDA ATTORNEY GENERAL<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050<br>FAX: 850-487-2564 |
| STATE OF GEORGIA ATTORNEY GENERAL<br>40 CAPITOL SQUARE, SW<br>ATLANTA GA 30334<br>FAX: 404-657-8733<br>EMAIL: AGCARR@LAW.GA.GOV | STATE OF HAWAII ATTORNEY GENERAL<br>425 QUEEN ST<br>HONOLULU HI 96813<br>FAX: 808-586-1239<br>EMAIL: HAWAIIAG@HAWAII.GOV |

| | |
|---|---|
| STATE OF IDAHO ATTORNEY GENERAL<br>700 W JEFFERSON ST, STE 210<br>PO BOX 83720<br>BOISE ID 83720-0010<br>FAX: 208-854-8071 | STATE OF ILLINOIS ATTORNEY GENERAL<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FL<br>INDIANAPOLIS IN 46204 | STATE OF IOWA ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES IA 50319<br>FAX: 515-281-4209 |
| STATE OF KANSAS ATTORNEY GENERAL<br>120 SW 10TH AVE, 2ND FL<br>TOPEKA KS 66612<br>FAX: 785-296-6296 | STATE OF KENTUCKY ATTORNEY GENERAL<br>700 CAPITOL AVE, STE 118<br>FRANKFORT KY 40601-3449<br>FAX: 502-564-2894 |

| | |
|---|---|
| STATE OF LOUISIANA ATTORNEY GENERAL<br>1885 N THIRD ST<br>BATON ROUGE LA 70802<br>EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV | STATE OF MAINE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL<br>200 ST PAUL PLACE<br>BALTIMORE MD 21202<br>EMAIL: OAG@OAG.STATE.MD.US | STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>1 ASHBURTON PLACE<br>BOSTON MA 02108-1518<br>EMAIL: AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL<br>G. MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST - PO BOX 30212<br>LANSING MI 48909<br>FAX: 517-373-3042<br>EMAIL: MIAG@MICHIGAN.GOV | STATE OF MINNESOTA ATTORNEY GENERAL<br>455 MINNESOTA ST, STE 1400<br>ST. PAUL MN 55101-2131 |

| | |
|---|---|
| STATE OF MISSISSIPPI ATTORNEY GENERAL<br>WALTER SILLERS BLDG<br>550 HIGH ST, STE 1200<br>JACKSON MS 39201<br>FAX: 601-359-4231 | STATE OF MISSOURI ATTORNEY GENERAL<br>SUPREME CT BLDG, 207 W HIGH ST<br>PO BOX 899<br>JEFFERSON CITY MO 65102<br>FAX: 573-751-0774<br>EMAIL: ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL<br>JUSTICE BLDG<br>215 N SANDERS<br>HELENA MT 59620-1401<br>FAX: 406-444-3549 | STATE OF NEBRASKA ATTORNEY GENERAL<br>2115 STATE CAPITOL<br>PO BOX 98920<br>LINCOLN NE 68509<br>FAX: 402-471-3297<br>EMAIL: AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>FAX: 775-684-1108<br>EMAIL: AGINFO@AG.NV.GOV | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301<br>FAX: 603-271-2110<br>EMAIL: ATTORNEYGENERAL@DOJ.NH.GOV |

| | |
|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST - BOX 080<br>TRENTON NJ 08625-0080<br>FAX: 609-292-3508 | STATE OF NEW MEXICO ATTORNEY GENERAL<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501<br>FAX: 505-490-4883 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>EMAIL: NYAG.PRESSOFFICE@AG.NY.GOV | STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>9001 MAIL SERVICE CTR<br>RALEIGH NC 27699-9001<br>FAX: 919-716-6750 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505<br>EMAIL: NDAG@ND.GOV | STATE OF OHIO ATTORNEY GENERAL<br>30 E BROAD ST, 14TH FL<br>COLUMBUS OH 43215 |

| | |
|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105<br>FAX: 405-521-6246 | STATE OF OREGON ATTORNEY GENERAL<br>1162 COURT ST, NE<br>SALEM OR 97301<br>FAX: 503-378-4017 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG PA 17120<br>FAX: 717-787-8242 | STATE OF RHODE ISLAND ATTORNEY GENERAL<br>150 S MAIN ST<br>PROVIDENCE RI 02903<br>FAX: 401-222-1331 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>REMBERT DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA SC 29201 | STATE OF SOUTH DAKOTA ATTORNEY GENERAL<br>1302 EAST HIGHWAY 14, STE 1<br>PIERRE SD 57501-8501<br>FAX: 605-773-4106 |

| | |
|---|---|
| STATE OF TENNESSEE ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br>FAX: 615-741-2009 | STATE OF TEXAS ATTORNEY GENERAL<br>300 W 15TH ST<br>AUSTIN TX 78701<br>FAX: 512-475-2994 |
| STATE OF UTAH ATTORNEY GENERAL<br>350 N STATE ST, STE 230<br>SALT LAKE CITY UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV | STATE OF VERMONT ATTORNEY GENERAL<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>EMAIL: AGO.INFO@VERMONT.GOV |
| STATE OF VIRGIN ISLANDS ATTORNEY GENERAL<br>34-38 KRONPRINDSENS GADE<br>GERS BLDG, 2ND FL<br>ST. THOMAS VI 00802 | STATE OF VIRGINIA ATTORNEY GENERAL<br>202 N 9TH ST<br>RICHMOND VA 23219<br>FAX: 703-277-3547 |

| | |
|---|---|
| STATE OF WASHINGTON ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON WV 25305<br>FAX: 304-558-0140 |
| STATE OF WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 W MAIN ST - PO BOX 7857<br>MADISON WI 53703-7857<br>FAX: 608-267-2779 | STATE OF WYOMING ATTORNEY GENERAL<br>2320 CAPITOL AVE<br>CHEYENNE WY 82002<br>FAX: 307-777-6869 |
| THE UNITED STATES ATTORNEYS OFFICE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN RICHARD A KINCHELOE<br>1000 LOUISIANA STREET<br>HOUSTON TX 77002<br>EMAIL: RICHARD.KINCHELOE@USDOJ.GOV | **PARTIES REQUESTING NOTICE**<br><br>BANK OF MONTREAL<br>ATTN: HARRY LAMPART<br>3 TIMES SQUARE, 27TH FLOOR<br>NEW YORK NY 10036<br>EMAIL: HARRY.LAMPART@BMO.COM |

| | |
|---|---|
| BMO HARRIS BANK<br>BMO FINANCIAL GROUP<br>115 S. LASALLE ST., 20W<br>CHICAGO IL 60603 | BUCHALTER, A PROFESSIONAL CORPORATION<br>(COUNSEL FOR ORACLE AMERICA, INC.)<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105<br>EMAIL: schristianson@buchalter.com |
| CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS &<br>AUGHTRY, P.C.<br>(COUNSEL FOR WASTE MANAGEMENT, INC.)<br>ATTN: TARA T. LEDAY<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON TX 77002<br>FAX: 713-658-2553<br>EMAIL: tara.leday@chamberlainlaw.com | COHEN, WEISS AND SIMON LLP<br>(COUNSEL FOR USW)<br>ATTN: MELISSA WOODS AND MATTHEW STOLZ<br>900 THIRD AVE, 21ST FLOOR<br>NEW YORK NY 10022<br>FAX: 646-473-8213<br>EMAIL: mwoods@cwsny.com;mstolz@cwsny.com |
| DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.<br>(COUNSEL FOR FORD MOTOR CREDITOR COMPANY LLC)<br>ATTN: DONALD L. TURBYFILL<br>5120 WOODWAY DRIVE, SUITE 9000<br>HOUSTON TX 77056-1725<br>FAX: 713-586-7052<br>EMAIL: dturbyfill@dntlaw.com | FAEGRE DRINKER BRIDDLE & REATH LLP<br>(COUNSEL FOR MATRIX NEWBURGHT I LLC AND<br>MATRIX ANTRIM PARTNERS LP)<br>ATTN: KRISTEN L. PERRY<br>1717 MAIN STREET, SUITE 5400<br>DALLAS TX 75201<br>FAX: 469-327-0860<br>EMAIL: kristen.perry@faegredrinker.com |

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP |
| (COUNSEL FOR FORT BEND COUNTY/HARRIS COUNTY) | (COUNSEL FOR TARRANT COUNTY/NORTHWEST ISD) |
| ATTN: TARA L. GRUNDEMEIER | ATTN: JOHN KENDRICK TURNER |
| PO BOX 3064 | 2777 N STEMMONS FREEWAY |
| HOUSTON TX 77253-3064 | SUITE 1000 |
| FAX: 713-844-3503 | DALLAS TX 75207 |
| EMAIL: houston_bankruptcy@lgbs.com | FAX: 469-221-5003 |
| | EMAIL: dallas.bankruptcy@lgbs.com |
| LOCKE LORD LLP | LOCKE LORD LLP |
| (COUNSEL FOR COMMISSION JUNCTION LLC) | (COUNSEL FOR COMMISSION JUNCTION LLC) |
| ATTN: HANNA J. REDD | ATTN: JONATHAN W. YOUNG |
| 111 HUNTINGTON AVE, 9TH FLOOR | 701 8TH STREET NW, SUITE 500 |
| BOSTON MA 02199 | WASHINGTON DC 20001 |
| FAX: 617-227-4420 | FAX: 202-220-6945 |
| EMAIL: hanna.redd@lockelord.com | EMAIL: jonathan.young@lockelord.com |
| LOCKE LORD LLP | PATRICK M. FLYNN, P.C |
| (COUNSEL FOR COMMISSION JUNCTION LLC) | (COUNSEL FOR USW) |
| ATTN: STEPEH J. HUMENIUK | ATTN: PATRICK M. FLYNN |
| 300 COLORADO AVE, SUITE 2100 | 1225 NORTH LOOP WEST, SUITE 1000 |
| AUSTIN TX 78701 | HOUSTON TX 77008-1775 |
| FAX: 512-305-4800 | FAX: 713-961-5566 |
| EMAIL: stephen.humeniuk@lockelord.com | EMAIL: pat@pmfpc.com |

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: SARAH E. MEIMAN AND LOUISA A. SOULARD<br>445 12TH STREET, S.W.<br>WASHINGTON DC 20024<br>EMAIL: meiman.sarah@pbgc.gov;efile@pbgc.gov;soulard.louisa@pbgc.gov | PORTER HEDGES LLP<br>(COUNSEL FOR CORNELL CAPITAL LLC)<br>ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON AND MEGAN YOUNG-JOHN<br>1000 MAIN STREET 36TH FLOOR<br>HOUSTON TX 77002<br>EMAIL: jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| PROSKAUER ROSE LLP<br>ATTN: PATRICK D. WALLING<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110-2600<br>EMAIL: PWALLING@PROSKAUER.COM; TKARCHER@PROSKAUER.COM; CDALE@PROSKAUER.COM; MIODICE@PROSKAUER.COM; KBUCKLEY@PROSKAUER.COM | SAUL EWING LLP<br>(COUNSEL FOR BLACKBOX STUDIOS, INC.)<br>ATTN: MONIQUE B. DISABATINO ESQ<br>1201 NORTH MARKET STREET, SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899<br>EMAIL: monique.disabatino@saul.com |
| SAUL EWING LLP<br>(COUNSEL FOR BLACKBOX STUDIOS, INC.)<br>ATTN: SABRINA ESPINAL, ESQ<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA PA 19102<br>EMAIL: sabrina.espinal@saul.com | SCMI US INC.<br>ATTN: SHUNJI HARA<br>300 MADISON AVENUE<br>NEW YORK NY 10017<br>EMAIL: SHUNJI.HARA@SUMITOMOCORP.COM; SCMIUS@SUMITOMOCORP.COM |

| | |
|---|---|
| SCMI US INC. | SIMON PROPERTY GROUP, INC. |
| ATTN: DANIEL IZZO | ATTN: RONALD M. TUCKER, ESQ. |
| 300 MADISON AVENUE | 225 WEST WASHINGTON STREET |
| NEW YORK NY 10017 | INDIANAPOLIS IN 46204 |
| | FAX: 317-263-7901 |
| | EMAIL: rtucker@simon.com |

WELTMAN, WEINBERG & REIS CO. LPA
(COUNSEL FOR TOYOTA INDUSTRIES COMMERICAL FINANCE INC.)
ATTN: SCOTT D. FINK
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS OH 44131
EMAIL: sfink@weltman.com