IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § § | Case No. 23-90716 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING PROCEDURES TO ASSUME, ASSUME AND ASSIGN, OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to 28 U.S.C. § 1746 and section Q of the *Procedures for Complex Cases In the Southern District of Texas* (the "**Complex Procedures**"), the undersigned hereby certifies as follows:

1. On July 21, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion For Entry of an Order Approving Procedures To Assume, Assume and Assign, or Reject Executory Contracts and Unexpired Leases* [Docket No. 285] (the "**Motion**"). Attached to the Motion was a proposed form of order granting the relief requested in the Motion [Docket No. 285-1] (the "**Initial Proposed Order**").

2. Objections and responsive pleadings to the Motion were due on or before August 11, 2023 (the "**Objection Deadline**").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

3. In accordance with section Q of the Complex Procedures, the undersigned counsel represents to the Court that (a) the Objection Deadline has passed, (b) I am unaware of any unresolved objection to the Motion, and (c) I have reviewed the Court's docket and no objection/response to the Motion appears thereon.

4. The Debtors, however, revised the Initial Proposed Order originally filed with the Motion and hereby submit the revised proposed order attached hereto (the "**Revised Proposed Order**"). A comparison of the Revised Proposed Order to the Initial Proposed Order containing solely the "changed pages" therein is attached hereto as **Exhibit A**.

5. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order, a copy of which is attached hereto, granting the Motion.

*[Remainder of page intentionally left blank]*

Dated: August 14, 2023
         Houston, Texas

         HAYNES AND BOONE, LLP

         */s/ Charles A. Beckham, Jr.*
         Charles A. Beckham, Jr. (TX Bar No. 02016600)
         Arsalan Muhammad (TX Bar No. 24074771)
         David A. Trausch (TX Bar No. 24113513)
         1221 McKinney Street, Suite 4000
         Houston, Texas 77010
         Tel.:   (713) 547-2000
         Email: charles.beckham@haynesboone.com
                 arsalan.muhammad@haynesboone.com
                 david.trausch@haynesboone.com

         *-and-*

         DAVIS POLK & WARDWELL LLP

         Brian M. Resnick (admitted *pro hac vice*)
         Steven Z. Szanzer (admitted *pro hac vice*)
         Joanna McDonald (admitted *pro hac vice*)
         450 Lexington Avenue
         New York, New York 10017
         Tel.:   (212) 450-4000
         Email: brian.resnick@davispolk.com
                 steven.szanzer@davispolk.com
                 joanna.mcdonald@davispolk.com

         *Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

     I certify that, on August 14, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

         */s/ Charles A. Beckham, Jr.*
         Charles A. Beckham, Jr.