IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § § | Case No. 23-90716 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 199, 253 |

## NOTICE OF ADJOURNMENT OF SALE HEARING

**PLEASE TAKE NOTICE** that on June 30, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Emergency Motion For Entry of Orders (I)(A) Approving Bidding Procedures For Sale of Debtors' Assets, (B) Authorizing Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction For, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (F) Approving Assumption and Assignment Procedures, (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 199] (the "**Bidding Procedures Motion**").[2]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

**PLEASE TAKE FURTHER NOTICE** that on July 12, 2023, the Court entered its *Order (I) Approving Bidding Procedures For Sale of Debtors' Assets, (II) Authorizing Potential Selection of Stalking Horse Bidder(s), (III) Approving Bid Protections, (IV) Scheduling Auction For, and Hearing to Approve, Sale of Debtors' Assets, (V) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VI) Approving Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 253] (the "**Bidding Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Sale Hearing**") to consider the proposed Sale Transaction was scheduled for September 14, 2023 at 9:00 a.m. (prevailing Central Time). Pursuant to paragraph 13 of the Bidding Procedures Order, the Sale Hearing has been adjourned to September 21, 2023 at 2:15 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** parties may appear in person or by remote participation at the Sale Hearing. **Those who wish to appear in person may do so at the George P. Kazen Federal Building and United States Courthouse, located at 1300 Victoria St., Laredo, TX 78040.** For those who wish to participate remotely, the audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-david-r-jones). The meeting code is "Judge Jones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic

appearance, click the "Electronic Appearance" link on Judge Jones's home page.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

*[Remainder of page intentionally left blank]*

Dated:   September 12, 2023

HAYNES AND BOONE, LLP

*/s/ David A. Trausch*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:   (713) 547-2000
Email: charles.beckham@haynesboone.com
          arsalan.muhammad@haynesboone.com
          david.trausch@haynesboone.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 450-4000
Email: brian.resnick@davispolk.com
          steven.szanzer@davispolk.com
          joanna.mcdonald@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that, on September 12, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David A. Trausch*
David A. Trausch