| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90716 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | Instant Brands Acquisition Holdings Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000, Ray.Schrock@weil.com<br>New York, 4860631<br>Southern District of New York, RS1133 |
|---|---|

| Name of party applicant seeks to appear for: | Conair IB Appliances LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 9/22/2023 | Signed: | /s/ Ray C. Schrock |
|---|---|---|

| The state bar reports that the applicant's status is: | | |
|---|---|---|
| Dated: | Clerk's signature: | |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
United States Bankruptcy Judge