**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **INSTANT BRANDS ACQUISITION** | § | **Case No. 23-90716 (DRJ)** |
| **HOLDINGS INC.**, *et al.*, | § | |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES AND CURE AMOUNTS AND
SUPPLEMENTAL ASSUMPTION AND ASSIGNMENT NOTICE**

 **PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") on June 12, 2023.

 **PLEASE TAKE FURTHER NOTICE** that, on June 30, 2023, the Debtors filed a motion (the "**Motion**")[2] with the Court seeking entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the Sale Transaction and the Auction (the "**Bidding Procedures**"), (b) the form and manner of notice related to the Sale Transaction, and (c) procedures for the assumption and assignment of contracts and leases in connection with the Sale Transaction (the "**Assumption and Assignment Procedures**").

 **PLEASE TAKE FURTHER NOTICE** that, on July 12, 2023, the Court entered the *Order (I) Approving Bidding Procedures For Sale of Debtors' Assets, (II) Authorizing Potential Selection of Stalking Horse Bidder(s), (III) Approving Bid Protections, (IV) Scheduling Auction For, and Hearing to Approve, Sale of Debtors' Assets, (V) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VI) Approving Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 253] (the "**Bidding Procedures Order**") approving,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Notice of Auction Results (as defined herein), as applicable.

among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction, the Auction, and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on September 18, 2023, the Debtors held the Auction at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017. The Auction was continued on September 22, 2023 at 3:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on September 28, 2023, the Debtors filed a *Notice of Auction Results and Scheduled Sale Hearing* [Docket No. 611] (the "**Notice of Auction Results**") identifying IB Housewares US Holdings, LLC/IB Housewares Canada Holdings, Inc. and IB Appliances US Holdings, LLC/IB Appliances Canada Holdings, Inc., all of which are sponsored by Centre Lane Partners V, L.P. (collectively, "**Centre Lane**"), as the Successful Bidders for the Debtors' Housewares Business and Appliances Business, respectively.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of each Sale Transaction for the Housewares Business and Appliances Business, the Debtors intend to assume and assign to the applicable Centre Lane entities, as the Successful Bidders, the Proposed Assumed Contracts in accordance with the Housewares Asset Purchase Agreement and the Appliances Asset Purchase Agreement (collectively, the "**Asset Purchase Agreements**"), as applicable. A schedule listing the Proposed Assumed Contracts relating to the Houseware Asset Purchase Agreement (the "**Proposed Housewares Assumed Contracts Schedule**") is attached hereto as **Exhibit A** and a schedule listing the Proposed Assumed Contracts relating to the Appliances Asset Purchase Agreement (the "**Proposed Appliances Assumed Contracts Schedule**" and, together with the Proposed Housewares Assumed Contracts Schedule, the "**Proposed Assumed Contracts Schedules**") is attached hereto as **Exhibit B**, both of which may also be accessed free of charge on the Debtors' case information website located at *https://dm.epiq11.com/InstantBrands* or can be requested by e-mail at InstantBrandsInfo@epiqglobal.com. In addition, the "**Cure Costs**," if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedules. ***Each Cure Cost listed on the Proposed Assumed Contracts Schedules represents all liabilities of any nature of the Debtors arising under an Assumed Contract or Assumed Lease prior to the closing of the Sale Transaction, or other applicable date upon which such assumption and assignment will become effective, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale Transaction or other applicable date upon which such assumption and assignment will become effective; provided, however, that a number of Counterparties (the "Objecting Counterparties") have filed Cure Objections and/or informally contacted the Debtors or their professionals (a) advising that certain contracts or leases may have been inappropriately included on or excluded from the (i) Potential Assumed Contracts Schedule filed July 25, 2023 [Docket No. 294] and/or (ii) the First Amended Potential Assumed Contracts Schedule filed on August 31, 2023 [Docket No. 492] (together, the "Potential Assumed Contracts Schedule") and (b) asserting different amounts for their respective Cure Costs, and the rights of such Objecting Counterparties and the Debtors are preserved without prejudice.***

**PLEASE TAKE FURTHER NOTICE** that a schedule listing Proposed Assumed Contracts that were either (a) not included in either Potential Assumed Contracts Schedule or

(b) the Cure Costs associated with such required updating to reflect (i) payments made on account of prepetition obligations pursuant to orders entered by the Court or (ii) invoices on account of prepetition goods delivered or services provided that the Debtors processed subsequent to the filing of the First Amended Potential Assumed Contracts Schedule, is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption and Assignment Procedures, objections to the potential assumption and assignment of an Assumed Contract or Assumed Lease by a party whose contract or lease is listed on **Exhibit C** with respect to the ability of the Successful Bidders to provide adequate assurance of future performance or relating to the Cure Costs must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and Complex Procedures, (c) state, with specificity, the legal and factual bases thereof (including, if applicable, the Cure Costs that the Counterparty believes are required to cure monetary defaults under the relevant cure monetary defaults under the relevant Assumed Contract or Assumed Lease and (d) by no later than **October 12, 2023 at 4:00 p.m. (prevailing Central Time)** (the "**Objection Deadline**"), (i) be filed with the Court and (ii) be served on (1) counsel to the Debtors, (y) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Brian M. Resnick, Steven Z. Szanzer, and Joanna McDonald and (z) Haynes & Boone, LLP, 1221 McKinney Street, Suite 4000, Houston, Texas 77010, Attn: Charles A. Beckham, Jr., Arsalan Muhammad, and David A. Trausch, (2) counsel to the Term DIP Agent, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Mark Somerstein and Patricia Chen, (3) counsel to the ABL DIP Agent, Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, Illinois 60606, Attn: James J. Mazza, Jr. and Robert E. Fitzgerald, (4) counsel to the Committee, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, New York 10020, Attn: Dennis O'Donnell and Oksana Lashko, (5) the U.S. Trustee, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn: Jayson B. Ruff and Vianey Garza; and (6) counsel to the Successful Bidders, Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Thomas Wearsch and Genna Ghaul.  For the avoidance of doubt, nothing in this notice extends the deadline to object to any Counterparty whose contract or lease is not listed on **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that the financial and other information supporting Centre Lane's, as the Successful Bidder for both the Housewares Business and Appliances Business, ability to comply with the requirements of adequate assurance of future performance under section 365(f)(2)(B) of the Bankruptcy Code, including Centre Lane's financial wherewithal and willingness to perform under any contracts and leases that are assumed and assigned to the applicable Successful Bidder in accordance with the Asset Purchase Agreements, is being provided to all Counterparties listed on either the *First Amended Potential Assumed Contracts Schedule* filed on August 31, 2023 [Docket No. 492] or **Exhibit C** hereto, contemporaneously with the filing and service of this notice.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A PROPOSED ASSUMED CONTRACT**. Under the terms of the Assumption and Assignment Procedures and Asset Purchase Agreements, (a) at or prior to the closing of a Sale Transaction, the applicable Successful Bidder may elect, in its sole and absolute discretion, (i) to exclude any contract or lease on the Proposed Assumed Contracts Schedule as an Assumed Contract or Assumed Lease, as applicable (in which case it

shall become an Excluded Contract or Excluded Lease, as applicable), or (ii) to include on the Proposed Assumed Contracts Schedule any contract or lease listed on the Potential Assumed Contracts Schedule, by providing to the Debtors written notice of its election to exclude or include such contract or lease, as applicable, (b) if the Debtors identify or a Successful Bidder identifies during the pendency of the Chapter 11 Cases (before or within 60 days after the closing of the applicable Sale Transaction) any contract or lease that is not listed on the applicable Proposed Assumed Contracts Schedule, and such contract or lease has not been rejected by the Debtors, such Successful Bidder may in its sole and absolute discretion elect by written notice to the Debtors to treat such contract or lease as an Assumed Contract or Assumed Lease, as applicable, and the Debtors shall seek to assume and assign such Assumed Contract or Assumed Lease in accordance with the Assumption and Assignment Procedures and the Asset Purchase Agreements, (c) if a Successful Bidder identifies (within 60 days after the closing of the applicable Sale Transaction) any contract or lease on the Proposed Assumed Contracts Schedule as an Assumed Contract or Assumed Lease, as applicable, where (i) the Court determines (or the parties otherwise agree) that the actual Cure Costs exceed the Cure Costs estimated by the Debtors or (ii) a timely filed or asserted objection to a Cure Cost or to the Successful Bidder's assumption and assignment of a Contract, in each case that was asserted prior to the Closing Date, remains unresolved or is resolved in a manner unsatisfactory to the Successful Bidder, in each case as determined by the Successful Bidder in its sole discretion, such Successful Bidder may in its sole and absolute discretion elect by written notice to the Debtors to treat such contract or lease as an Excluded Contract or Excluded Lease, as applicable, and (d) following the Auction, the Debtors may, in accordance with the applicable Asset Purchase Agreement, or as otherwise agreed by the Debtors and the applicable Successful Bidder, at any time before the closing of the Sale Transaction, modify the previously-stated Cure Costs associated with any Proposed Assumed Contract.  The Assumption and Assignment Procedures further provide that any Counterparty whose previously-stated Cure Cost is modified will receive notice thereof and an opportunity to file a Supplemental Assumption and Assignment Objection.  **The assumption and assignment of the Proposed Assumed Contracts on the Proposed Assumed Contracts Schedules is not guaranteed and is subject to approval by the Court and the Debtors' or the applicable Successful Bidder's right to remove an Assumed Contract or Assumed Lease from the applicable Proposed Assumed Contracts Schedule.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the proposed Sale Transactions, including the assumption and assignment of the Contracts and Leases on the Proposed Assumed Contracts Schedules, will be held before the Court on **October 3, 2023 at 4:00 p.m. (prevailing Central Time)**.  Parties may appear in person or by remote participation at the Sale Hearing.  Those who wish to appear in person may do so at **Courtroom 400, 515 Rusk Street, Houston, TX 77002**.  For those who wish to participate remotely, the audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691.  Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-david-r-jones).  The meeting code is "Judge Jones."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

## Obtaining Additional Information

Copies of the Motion, the Bidding Procedures Order, and the Notice of Auction Results, as well as all related exhibits (including the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at *https://dm.epiq11.com/InstantBrands* or can be requested by e-mail at InstantBrandsInfo@epiqglobal.com.

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any Counterparty to an Assumed Contract or Assumed Lease who failed or fails to timely make an objection to the proposed assumption and assignment of such contract or lease on or before the applicable Objection Deadline in accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order shall be deemed to have consented with respect to the ability of the Successful Bidders to provide adequate assurance of future performance (and the Debtors' asserted Cure Costs, to the extent modified from the previously-stated amount) and shall be forever barred from asserting any objection or claims against the Debtors, the Successful Bidders, or the property of any such parties relating to the assumption and assignment of such contract or lease (including asserting additional Cure Costs with respect to such contract or lease). Notwithstanding anything to the contrary in such contract or lease, or any other document, the Cure Costs set forth on the Proposed Assumed Contracts Schedules shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Assumed Contract or Assumed Lease under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the closing of the applicable Sale Transaction or other applicable date upon which such assumption and assignment will become effective, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the applicable Sale Transaction or other applicable date upon which such assumption and assignment will become effective.*

[*Remainder of This Page Intentionally Left Blank*]

Dated:   September 28, 2023
         Houston, Texas

HAYNES AND BOONE, LLP

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:   (713) 547-2000
Email: charles.beckham@haynesboone.com
         arsalan.muhammad@haynesboone.com
         david.trausch@haynesboone.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 450-4000
Email: brian.resnick@davispolk.com
         steven.szanzer@davispolk.com
         joanna.mcdonald@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Proposed Housewares Assumed Contracts Schedule**

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 131 | Instant Brands Holdings Inc. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Updated 2022 to 2024 Medical PPO PG Exhibit | $0.00 | Housewares and Appliances |
| 132 | Instant Brands Holdings Inc. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Administrative Services Agreement | $0.00 | Housewares and Appliances |
| 133 | Instant Brands Holdings Inc. | Blue Cross and Blue Shield of Illinois 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Benefit Program Application Addendum | $0.00 | Housewares and Appliances |
| 136 | Instant Brands Holdings Inc. | BMO Harris Equipment Finance Company 250 E. WISCONSIN AVE., SUITE 400 MILWAUKEE, WI 53202 | Financial Agreements | Continuing Guaranty | $0.00 | Housewares |
| 137 | Instant Brands Holdings Inc. | BMO Harris Equipment Finance Company 250 E. WISCONSIN AVE., SUITE 400 MILWAUKEE, WI 53202 | Service and Supply Agreements | Master Lease of Personal Property Closing Package | $0.00 | Housewares |

---

[1] The numbers in this column identifying the contracts and leases listed on this schedule refer to the corresponding numbers for such contracts and leases set forth on the First Amended Potential Assumed Contracts Schedule attached to the *Notice of First Amended Scheduled of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 492].

[2] Cure Costs comprise prepetition amounts owed as of June 11, 2023 on account of the Counterparties' contracts or leases according to the Debtors' books and records modified to reflect (i) invoices for prepetition goods delivered or services provided that the Debtors processed subsequent to June 11, 2023 and (ii) payments made on account of prepetition obligations pursuant to orders entered by the Court.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 138 | Instant Brands LLC | BMO Harris Equipment Finance Company 250 E. WISCONSIN AVE., SUITE 400 MILWAUKEE, WI 53202 | Service and Supply Agreements | Master Lease of Personal Property | $0.00 | Housewares |
| 150 | Instant Brands LLC | Bureau Veritas Consumer Products Services Shenzhen Co., Ltd Rm#301, 3/F, South Tower Huale Building, No. 55-57, Huale Road Yuexiu District GUANGZHOU 510060 CHINA | Service and Supply Agreements | Consumer Product Services Inspection Agreement | $69,127.00 | Housewares and Appliances |
| 182 | Instant Brands LLC | Chickasaw Electric Cooperative 17970 HIGHWAY 64 SOMERVILLE, TN 38068 | Service and Supply Agreements | Agreement for the Purchase of Power | $94,939.63 | Housewares |
| 183 | Instant Brands LLC | Chickasaw Electric Cooperative 17970 HIGHWAY 64 SOMERVILLE, TN 38068 | Service and Supply Agreements | Investment Credit Agreement | $0.00 | Housewares |
| 205 | Instant Brands LLC | Columbia Gas of Pennsylvania, Inc. 290 W. NATIONWIDE BLVD ATTN: GAS TRANSPORTATION COLUMBUS, OH 43215 | Service and Supply Agreements | Distribution Agreement 2013 | $27,719.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 218[3] | Instant Brands LLC | Constellation NewEnergy, Inc. 1221 LAMAR ST. SUITE 750 HOUSTON, TX 77010 | Service and Supply Agreements | Master Electricity Supply Agreement | $1,212,739.68 | Housewares |
| 247[4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Amendment No. 2 to Metals Fabrication Services Agreement | $0.00 | Housewares |
| 248[4] | Instant Brands LLC | Corning Incorporated 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Fourth Amendment to Metals Fabrication Agreement | $0.00 | Housewares |
| 249[4] | Instant Brands LLC | CORNING INCORPORATED 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Metals Fabrication Services Agreement | $755,340.04 | Housewares |
| 250[4] | Instant Brands LLC | CORNING INCORPORATED 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Financial Agreements | Restated Shared Facilities Agreement | $0.00 | Housewares |
| 251 | Instant Brands LLC | Corning Natural Gas Company ATTN: STANLEY G. SLEVE VICE PRESIDENT - ADMINISTRATION 330 WEST WILLIAMS | Service and Supply Agreements | Negotiated Transportation Service Agreement | $22,035.88 | Housewares |

[3] The Counterparty, Constellation New Energy, contacted Debtors' counsel to dispute the Cure Costs proposed in the Original Potential Assumed Contracts Schedule and asserted Cure Costs in the aggregate amount of $1,263,306.56 as asserted in Claim 10175. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

[4] The Counterparty, Corning, Inc., filed objections [Docket Nos. 409 and 527] asserting Cure Costs in the aggregate amount of $800,617.36. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | STREET CORNING, NY 14830 | | | | |
| 252 | Instant Brands LLC | Corning Natural Gas Corporation ATTN: RUSSELL S. MILLER 330 WEST WILLIAM STREET CORNING, NY 14830 | Service and Supply Agreements | Amendment No 3 to Transportation Services Agreement | $0.00 | Housewares |
| 253 | Instant Brands LLC | Corning Natural Gas Corporation ATTN: RUSSELL S. MILLER 330 WEST WILLIAM STREET CORNING, NY 14830 | Service and Supply Agreements | Natural Gas Amendment 4 | $0.00 | Housewares |
| 254[4] | Instant Brands LLC | Corning, Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Amendment 1 to Corning Metals Fabrication Agreement | $0.00 | Housewares |
| 255[Error! Bookmark not defined.] | Instant Brands LLC | Corning, Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Amendment 3 to Corning Metals Fabrication Agreement | $0.00 | Housewares |
| 275 | Instant Brands LLC | CP Logistics Marshall Building 7, LLC C/O MOYE WHITE LLP ATTEN: DOMINICK SEKICH 1400 16TH STREET, SUITE | Real Property Leases | First Amendment to Lease (MMDC) | $0.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | 600 DENVER, CO 80202 | | | | |
| 276 | Instant Brands LLC | CP Logistics Marshall Building 7, LLC C/O MOYE WHITE LLP ATTEN: DOMINICK SEKICH 1400 16TH STREET, SUITE 600 DENVER, CO 80202 | Real Property Leases | Second Amendment to Lease (MMDC) | $0.00 | Housewares |
| 277 | Instant Brands Holdings Inc. | CP Logistics Marshall Building 7, LLC, C/O MOYE WHITE LLP ATTEN: DOMINICK SEKICH 1400 16TH STREET, SUITE 600 DENVER, CO 80202 | Real Property Leases | Guaranty from Corelle Brands Holdings Inc. | $0.00 | Housewares |
| 278 | Instant Brands LLC | CP Logistics Marshall Building 7, LLC, C/O MOYE WHITE LLP ATTEN: DOMINICK SEKICH 1400 16TH STREET, SUITE 600 DENVER, CO 80202 | Real Property Leases | Lease Agreement (MMDC) | $0.00 | Housewares |
| 299 | Instant Brands LLC | Curzon Company 7110 SW BEVELAND STREET TIGARD, OR 97223 | Service and Supply Agreements | Sales Representative Agreement | $869.38 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 311 | Instant Brands LLC | DemandPDX LLC ATTN: CHRIS BERGEMANN 1000 S.W. BROADWAY SUITE 1140 PORTLAND, OR 97205 | Service and Supply Agreements | Services Agreement | $77,718.29 | Housewares and Appliances |
| 337 | Instant Brands Holdings Inc. | DISNEY CONSUMER PRODUCTS, INC. 500 S. BUENA VISTA ST. BURBANK, CA 91521 | License Agreements | 5th Amendment to Schedule to License Agreement | $55,149.41 | Housewares |
| 448 | Instant Brands LLC | Genesis Energy, LP (d/b/a Genesis Alkali) 1735 Market Street PHILADELPHIA, PA 19103 | Service and Supply Agreements | Amendment to 2005 Supply Agreement | $158,128.26 | Housewares |
| 452 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Amendment 3 to Sublease (Eff. Date 2023 02 01) | $0.00 | Housewares and Appliances |
| 453 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Amendment 1 to Sublease | $0.00 | Housewares and Appliances |
| 454 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Sublease Parking Area Riverside | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 455 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Sublease | $0.00 | Housewares and Appliances |
| 456 | Instant Brands Holdings Inc. | Gileno Distribution Services. 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | SRS-INVENTO221130 08520 | $0.00 | Housewares and Appliances |
| 470 | Instant Brands Inc. | Guandong Xinbao Electrical Appliances Holdings Co, LTD LONGZHOU ROAD LELIU TOWN SHUNDE DISTRICT FOSHAN CITY CHINA | Confidentiality Agreements | Non-Disclosure Agreement | $0.00 | Housewares and Appliances |
| 525 | Instant Brands LLC | IMR Test Labs 131 WOODSEDGE DR LANSING, NY 14882 | Service and Supply Agreements | Services Agreement | $20,000.00 | Housewares |
| 577 | Instant Brands LLC | ITERABLE, INC. 71 STEVENSON ST SUITE 300 SAN FRANCISCO, CA 94105 | Service and Supply Agreements | Signed contracts for IB | $0.00 | Housewares and Appliances |
| 592 | Instant Brands Holdings Inc. | John Hancock Retirement Plan Services, LLC 690 Canton St. Westwood, MA 02090 | Service and Supply Agreements | Adoption Agreement for OnTarget Assignment and Amendment | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 593 | Instant Brands Holdings Inc. | John Hancock Retirement Plan Services, LLC 690 Canton St. Westwood, MA 02090 | Service and Supply Agreements | Service Agreement Assignment and Amendment for Retirement Income Plan | $0.00 | Housewares and Appliances |
| 711 | Instant Brands LLC | MCPP 191 NORFOLK SOUTHERN WAY, LLC (SUCCESSOR TO CP LOGISTICS MARSHALL BUILDING 7, LLC) 191 NORFOLK SOUTHERN WAY BYHALIA, MS 38611 | Real Property Leases | Third Amendment to Lease (MMDC) | $0.00 | Housewares |
| 820 | Instant Brands (Canada) Holding Inc. | Oracle America, Inc. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 | Service and Supply Agreements | Ordering Document | $59,462.45 | Housewares and Appliances |
| 918 | Instant Brands Holdings Inc. | Quick Hand Logistics Inc. 1420 E. COOLEY DR. SUITE 206 ATTENTION: JUAN C. RODRIGUEZ COLTON, CA 92324 | Real Property Leases | 2325 Cottonwood Avenue, Riverside, CA - Sublease (Execution) | $0.00 | Housewares and Appliances |
| 990[5] | Instant Brands LLC | salesforce.com, inc. ATTN: TODD MACHTMES, GENERAL COUNSEL 415 MISSION STREET, 3RD | IT Agreements | Commerce Cloud | $31,894.00 | Housewares and Appliances |

[5] The Counterparty, Salesforce, Inc., contacted Debtors' counsel to dispute the Cure Costs proposed in the Original Potential Assumed Contracts Schedule and asserted Cure Costs in the aggregate amount of $478,031.36. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | FLOOR<br>SAN FRANCISCO, CA 94105 | | | | |
| 1005 | Instant Brands LLC | Sara Shakeel Limited<br>ATTN: SARA SHAKEEL &<br>ANUM BASHIR<br>PRINCIPAL TOWERS<br>2702 WORSHIP STREET,<br>SHOREDITCH<br>LONDON EC2A 2FE<br>UNITED KINGDOM | License Agreements | Joint Promotion Agreement | $0.00 | Housewares and Appliances |
| 1006 | Instant Brands LLC | Sara Shakeel Limited<br>ATTN: SARA SHAKEEL &<br>ANUM BASHIR<br>PRINCIPAL TOWERS<br>2702 WORSHIP STREET,<br>SHOREDITCH<br>LONDON EC2A 2FE<br>UNITED KINGDOM | Service and Supply Agreements | Agreement_IB x SS | $0.00 | Housewares and Appliances |
| 1013 | Instant Brands LLC | SCMI US INC<br>300 Madison Avenue<br>New York, NY 10017 | Confidentiality Agreements | NDA | $0.00 | Housewares |
| 1017 | Instant Brands LLC | SCMI US Inc.<br>300 Madison Avenue<br>New York, NY 10017 | Financial Agreements | SCMI US Inc. & BMO - Intercreditor Agreement | $0.00 | Housewares |

9

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1024 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Amendment | $0.00 | Housewares and Appliances |
| 1025 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Master Security Services Agreement | $0.00 | Housewares and Appliances |
| 1026 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Service Agreement - 2010 | $0.00 | Housewares and Appliances |
| 1027 | Instant Brands LLC | Securitas Securjy Services USA, Inc 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Securitas GN 010123 | $0.00 | Housewares and Appliances |
| 1028 | Instant Brands LLC | Securitas Services USA Inc 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Securitas Riverside 010123 | $0.00 | Housewares and Appliances |
| 1080 | Instant Brands LLC | SPRAGUE ENERGY CORP ATTN: NATURAL GAS ADMINISTRATION TWO INTERNATIONAL DRIVE | Service and Supply Agreements | Base Contract for Sale of Natural Gas | $348,402.58 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | SUITE 200 PORTSMOUTH, NH 03801 | | | | |
| 1083 | Instant Brands LLC | SPRAGUE OPERATING RESOURCES LLC ATTN: NATURAL GAS ADMINISTRATION TWO INTERNATIONAL DRIVE SUITE 200 PORTSMOUTH, NH 03801 | Service and Supply Agreements | NG NY Instant Brands LLC (202521) - 202211160002211 58 CORN-DTI-POOL-DM (11-16-22) Market Based-Basis Daily 0% DM | $0.00 | Housewares |
| 1084 | Instant Brands LLC | SPRAGUE OPERATING RESOURCES LLC ATTN: NATURAL GAS ADMINISTRATION TWO INTERNATIONAL DRIVE SUITE 200 PORTSMOUTH, NH 03801 | Service and Supply Agreements | NY Instant Brands LLC (203097) - 202211160002211 58 CORN-DTI-POOL-DM (11-16-22) Market Based-Fixed Daily 0% DM | $0.00 | Housewares |
| 1085 | Instant Brands LLC | SPRAGUE OPERATING RESOURCES LLC ATTN: NATURAL GAS ADMINISTRATION TWO INTERNATIONAL DRIVE SUITE 200 PORTSMOUTH, NH 03801 | Service and Supply Agreements | NG NY Trigger Instant Brands LLC (203097) - 202211160002211 58 CORN-DTI-POOL-DM (11-16-22) Trigger 01-01-23 to 12-31-23 | $0.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1114[6] | Instant Brands LLC | SuccessFactors, Inc. 1 TOWER PLACE SUITE 1100 SOUTH SAN FRANCISCO, CA 94080 | IT Agreements | 3062390541 (R) 5.17.2023 V1 FRP 2023 - 2024 | $0.00 | Housewares and Appliances |
| 1186 | Instant Brands LLC | U.S. SILICA COMPANY 24275 KATY FREEWAY SUITE 600 KATY, TX 77494 | Service and Supply Agreements | Amendment to Supply and Pricing Agreement | $0.00 | Housewares |
| 1189 | Instant Brands LLC | U.S. SILICA COMPANY 24275 KATY FREEWAY SUITE 600 KATY, TX 77494 | Service and Supply Agreements | Second Amendment to Supply and Pricing Agreement | $0.00 | Housewares |
| 1205[7] | Instant Brands LLC | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC and Local Union No. 1024 120R East Third Street Berwick, PA 18603 | Collective Bargaining Agreements | 2019 Greencastle Contract | Undetermined | Housewares |
| 1268 | Instant Brands LLC | West Penn Power Company 800 CABIN HILL DRIVE | Service and Supply Agreements | Electric Service Tariff | $39,406.14 | Housewares |

[6] The Counterparty, SAP America, and its affiliates Concur Technologies, Inc. and SuccessFactors, Inc., contacted Debtors' counsel to dispute the Cure Costs proposed in the Original Potential Assumed Contracts Schedule. The Debtors have reconciled this amount and have updated the proposed Cure Costs accordingly.

[7] The Counterparty, United Steel Workers, contacted Debtors' counsel to preserve all rights relating to the collective bargaining agreements, as such Cure Costs will be determined and paid in the ordinary course.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|------|---------------|--------------|----------------|---------------------|--------------|----------|
| | | GREENSBURG, PA 15606-0001 | | | | |
| 127[8] | Instant Brands Holdings Inc. | BlackLine Systems, Inc. 21300 VICTORY BLVD. 12TH FLOOR ATTN: LEGAL DEPARTMENT WOODLAND HILLS, CA 91367 | IT Agreements | Amendment Order Form | $0.00 | Housewares and Appliances |
| 1295 | Instant Brands LLC | Yangjiang Futong Industries Co.,Ltd No.3 Jintian Rd. Nahuo Industrial Zone YangDong YANGJIANG CHINA | Service and Supply Agreements | Supply Agreement | $55,894.95 | Housewares |
| 1323[7] | Instant Brands LLC | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (ABG Division), AFL-CIO-CLC and Local Union 53G 1945 Lincoln Highway NORTH VERSAILLES, PA 15137 | Collective Bargaining Agreements | Agreement between Instant Brands LLC Charleroi Plant and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers | Undetermined | Housewares |

[8] The Counterparty, Blackline Systems Inc., filed an objection [Docket No. 398] asserting Cure Costs in the aggregate amount of $155,000. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | | | International Union (ABG Division), AFL-CIO-CLC and Local Union 53G | | |
| 1324[7] | Instant Brands LLC | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (ABG Division), AFL-CIO-CLC on behalf of its LOCAL 1034 812 State Fair Blvd Suite 7 Syracuse, NY 13209-1320 | Collective Bargaining Agreements | Agreement between Instant Brands LLC Corning Plant and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (ABG Division), AFL-CIO-CLC on behalf of its LOCAL 1034 | Undetermined | Housewares |
| 1325 | Instant Brands LLC | Bank of Montreal 320 South Canal Street, Floor 16 Chicago, IL 60606 | Service and Supply Agreements | Amended and Restated Platinum Lease Agreement (including guarantee) | $0.00 | Housewares |
| 1352[4] | Instant Brands LLC | Corning Inc 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Agreement Amendment re Renewal dated 2015 02 06 | $0.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1353[Error! Bookmark not defined.4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Amendment 2 to Technology Access Agreement dated 2020 01 01 | $0.00 | Housewares |
| 1354[4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Corning Patent and Know How License Agreement dated 1998 04 01 | $0.00 | Housewares |
| 1355[4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Corning Pyrex Trademark License Agreement dated 1998 04 01 | $0.00 | Housewares |
| 1356[4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Acknowledge of Confidentiality to Corning dated 2021 04 08 | $0.00 | Housewares |
| 1357[4] | Instant Brands LLC | Corning Inc. 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Renewal Pyrex License Agreement dated 2018 04 06 | $0.00 | Housewares |
| 1358[4] | Instant Brands LLC | Corning Incorporate 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | Corning WK Tech Access Agrmt dated 2014 02 06 | $0.00 | Housewares |
| 1360[4] | Instant Brands LLC | Corning Incorporated 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Corning Services for Stormwater Improvement Project dated 2017 09 07 | $0.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1361[4] | Instant Brands LLC | Corning Incorporated 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | Service and Supply Agreements | Agreement re stormwater improvement project dated 2017 07 13 | $0.00 | Housewares |
| 1364 | Instant Brands LLC | CPG Retail - Target THE CREATIVE PARTNERS GROUP 88 SOUTH 10TH ST - STE 100 MINNEAPOLIS, MN 55403 | Customer Agreements | CPG Vendor Agreement Terms dated 2022 07 14 | $0.00 | Housewares and Appliances |
| 1371 | Instant Brands LLC | DemandPDX LLC ATTN: CHRIS BERGEMANN 1000 S.W. BROADWAY SUITE 1140 PORTLAND, OR 97205 | Service and Supply Agreements | Shopify Replatform SOW v4 | $0.00 | Housewares and Appliances |
| 1419 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Addendum Rate Sheet 5 sites dated 2019 02 04 | $0.00 | Housewares and Appliances |
| 1420 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Addendum Securitas Charleroi dated 2022 01 01 | $0.00 | Housewares and Appliances |
| 1421 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE | Service and Supply Agreements | Byhalia Wage Addendum dated 2023 01 01 | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | 2ND FLOOR CHICAGO, IL 60631-1958 | | | | |
| 1438 | Instant Brands LLC | SCMI US INC 300 Madison Avenue New York, NY 10017 | Service and Supply Agreements | Amended and Restated Rhodium Lease Agreement (including guarantee) | $0.00 | Housewares |
| 1439 | Instant Brands Holdings Inc. | SCMI US INC 300 Madison Avenue New York, NY 10017 | Service and Supply Agreements | Amended and Restated Rhodium Lease Agreement (including guarantee) | $0.00 | Housewares |
| 1441 | Instant Brands LLC | Workday, Inc. DEPT LA 23246 PASADENA, CA 91706-1300 | Service and Supply Agreements | Main Subscription Agreement | $217,343.00 | Housewares and Appliances |
| 1442 | Instant Brands LLC | Workday, Inc. DEPT LA 23246 PASADENA, CA 91706-1300 | Service and Supply Agreements | Order Form 00345473.0 | $0.00 | Housewares and Appliances |
| 1443 | Instant Brands Holdings Inc. | Corning Incorporated 25805 NETWORK PLACE CHICAGO, IL 60673-1258 | License Agreements | CORNINGWARE and PYROCERAM Trademark License Agreement, dated April 1, 1998, between Corning Incorporated, as Licensor and Corning Consumer | $0.00 | Housewares |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | | | Products Company (n/k/a Instant Brands Holdings Inc.), as Licensee | | |
| N/A | Instant Brands LLC | The Creative Partners Group | Sales Rep Agreement | Independent Sales Representative Agreement dated June 1, 2019, as amended April 1, 2020 | $7,578.01 | Housewares and Appliances |

| N/A | Instant Brands LLC | DemandPDX LLC | Services Agreement | Services Agreement dated July 11, 2022 (Shopify) | $0.00 | Housewares and Appliances |

**<u>Exhibit B</u>**

**Proposed Appliances Assumed Contracts Schedule**

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 33 | Instant Brands LLC | Adaptics Limited ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | IT Agreements | Babel Subscription | $0.00 | Appliances |
| 34 | Instant Brands Inc. | ADAPTICS LIMITED ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | Confidentiality Agreements | NDA | $0.00 | Appliances |
| 35 | Instant Brands LLC | Adaptics Limited ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | IT Agreements | SoW 11 - AWS Cognito Migration and Integration | $0.00 | Appliances |
| 36 | Instant Brands Inc. | ADAPTICS LTD (t/a DROP) ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | IT Agreements | Connected Appliances Collaboration Agreement | $0.00 | Appliances |

[1] The numbers in this column identifying the contracts and leases listed on this schedule refer to the corresponding numbers for such contracts and leases set forth on the First Amended Potential Assumed Contracts Schedule attached to the *Notice of First Amended Scheduled of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 492].

[2] Cure Costs comprise prepetition amounts owed as of June 11, 2023 on account of the Counterparties' contracts or leases according to the Debtors' books and records modified to reflect (i) invoices for prepetition goods delivered or services provided that the Debtors processed subsequent to June 11, 2023 and (ii) payments made on account of prepetition obligations pursuant to orders entered by the Court.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 37 | Instant Brands Inc. | Adaptics ltd ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | IT Agreements | Agreement effective Jan 1 2022 | $0.00 | Appliances |
| 131 | Instant Brands Holdings Inc. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Updated 2022 to 2024 Medical PPO PG Exhibit | $0.00 | Housewares and Appliances |
| 132 | Instant Brands Holdings Inc. | BLUE CROSS AND BLUE SHIELD OF ILLINOIS 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Administrative Services Agreement | $0.00 | Housewares and Appliances |
| 133 | Instant Brands Holdings Inc. | Blue Cross and Blue Shield of Illinois 300 EAST RANDOLPH CHICAGO, IL 60601-5099 | Service and Supply Agreements | Benefit Program Application Addendum | $0.00 | Housewares and Appliances |
| 150 | Instant Brands LLC | Bureau Veritas Consumer Products Services Shenzhen Co., Ltd Rm#301, 3/F, South Tower Huale Building, No. 55-57, Huale Road Yuexiu District GUANGZHOU 510060 CHINA | Service and Supply Agreements | Consumer Product Services Inspection Agreement | $69,127.00 | Housewares and Appliances |
| 299 | Instant Brands LLC | Curzon Company 7110 SW BEVELAND STREET TIGARD, OR 97223 | Service and Supply Agreements | Sales Representative Agreement | $869.38 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 311 | Instant Brands LLC | DemandPDX LLC ATTN: CHRIS BERGEMANN 1000 S.W. BROADWAY SUITE 1140 PORTLAND, OR 97205 | Service and Supply Agreements | Services Agreement | $77,718.29 | Housewares and Appliances |
| 433 | Instant Brands Inc. | FoShan ShunDe Midea Electrical Heating Appliances Manufacturing Company Limited O.19 SAN LE ROAD BEIJIAO SHUNDE FOSHAN CITY 528311 CHINA | Confidentiality Agreements | Non-Disclosure Agreement | $0.00 | Appliances |
| 451 | Instant Brands Inc. | Get Drop 600 CALIFORNIA STREET 14TH FLOOR SAN FRANCISCO, CA 94108 | IT Agreements | Escrow Agreement | $0.00 | Appliances |
| 452 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Amendment 3 to Sublease (Eff. Date 2023 02 01) | $0.00 | Housewares and Appliances |
| 453 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. SUITE A RIVERSIDE, CA 92508 | Real Property Leases | Amendment 1 to Sublease | $0.00 | Housewares and Appliances |
| 454 | Instant Brands Holdings Inc. | Gileno Distribution Services 7130 SYCAMORE CANYON BIVD. | Real Property Leases | Sublease Parking Area Riverside | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | SUITE A<br>RIVERSIDE, CA 92508 | | | | |
| 455 | Instant Brands Holdings Inc. | Gileno Distribution Services<br>7130 SYCAMORE CANYON BIVD.<br>SUITE A<br>RIVERSIDE, CA 92508 | Real Property Leases | Sublease | $0.00 | Housewares and Appliances |
| 456 | Instant Brands Holdings Inc. | Gileno Distribution Services.<br>7130 SYCAMORE CANYON BIVD.<br>SUITE A<br>RIVERSIDE, CA 92508 | Real Property Leases | SRS-INVENTO22113008520 | $0.00 | Housewares and Appliances |
| 470 | Instant Brands Inc. | Guandong Xinbao Electrical Appliances Holdings Co, LTD<br>LONGZHOU ROAD<br>LELIU TOWN<br>SHUNDE DISTRICT<br>FOSHAN CITY<br>CHINA | Confidentiality Agreements | Non-Disclosure Agreement | $0.00 | Housewares and Appliances |
| 471 | Instant Brands LLC | Guangdon Xinbao Electrical Appliance Holdings Co., Ltd<br>LONGZHOU ROAD<br>LELIU TOWN<br>SHUNDE DISTRICT<br>FOSHAN CITY<br>CHINA | Service and Supply Agreements | 3-1 Coffee Development Agreement | $4,233.60 | Appliances |
| 477 | Instant Brands Inc. | GuangDong Midea Consumer Electric Manufacturing Company Limited<br>O.19 SAN LE ROAD BEIJIAO | Service and Supply Agreements | Agreement | $0.00 | Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | SHUNDE FOSHAN CITY 528311 CHINA | | | | |
| 478 | Instant Brands LLC | GuangDong Midea Consumer Electric Manufacturing Company Limited O.19 SAN LE ROAD BEIJIAO SHUNDE FOSHAN CITY 528311 CHINA | Service and Supply Agreements | Supply Agreement | $0.00 | Appliances |
| 479 | Instant Brands Inc. | Guangdong Xinbao Electrical Appliances Holdings Co. Ltd LONGZHOU ROAD LELIU TOWN SHUNDE DISTRICT FOSHAN CITY CHINA | Confidentiality Agreements | NDA | $0.00 | Appliances |
| 577 | Instant Brands LLC | ITERABLE, INC. 71 STEVENSON ST SUITE 300 SAN FRANCISCO, CA 94105 | Service and Supply Agreements | Signed contracts for IB | $0.00 | Housewares and Appliances |
| 592 | Instant Brands Holdings Inc. | John Hancock Retirement Plan Services, LLC 690 Canton St. Westwood, MA 02090 | Service and Supply Agreements | Adoption Agreement for OnTarget Assignment and Amendment | $0.00 | Housewares and Appliances |
| 593 | Instant Brands Holdings Inc. | John Hancock Retirement Plan Services, LLC 690 Canton St. Westwood, MA 02090 | Service and Supply Agreements | Service Agreement Assignment and Amendment for Retirement Income Plan | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 748 | Instant Brands LLC | MIDEA ELECTRIC TRADING (SINGAPORE) CO PTE LTD O.19 SAN LE ROAD BEIJIAO SHUNDE FOSHAN CITY 528311 CHINA | Service and Supply Agreements | Tooling Agreement - Midea Unibody | $0.00 | Appliances |
| 749 | Instant Brands LLC | MIDEA O.19 SAN LE ROAD BEIJIAO SHUNDE FOSHAN CITY 528311 CHINA | Service and Supply Agreements | Supply Agreement | $0.00 | Appliances |
| 820 | Instant Brands (Canada) Holding Inc. | Oracle America, Inc. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 | Service and Supply Agreements | Ordering Document | $59,462.45 | Housewares and Appliances |
| 836[3] | Instant Brands Holdings Inc. | Pancal Sycamore Canyon 257 LLC 600 WASHINGTON AVENUE, SUITE 1100 ST. LOUIS, MO 63101 | Real Property Leases | Consent to Sublease 2325 Cottonwood, Riverside | $0.00 | Appliances |
| 837[3] | Instant Brands Holdings Inc. | Pancal Sycamore Canyon 257 LLC 600 WASHINGTON AVENUE, SUITE 1100 ST. LOUIS, MO 63101 | Real Property Leases | 2nd Amendment to Lease - (Cottonwood, Riverside) 3.23.22 | $0.00 | Appliances |

[3] The Counterparty, Pancal Sycamore Canyon, filed an objection [Docket No. 417] asserting Cure Costs in the aggregate amount of at least $85,254.42.  The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 838[3] | Instant Brands LLC | PANCAL SYCAMORE CANYON 257 LLC 600 WASHINGTON AVENUE, SUITE 1100 ST. LOUIS, MO 63101 | Real Property Leases | First Amendment to Lease | $0.00 | Appliances |
| 839[3] | Instant Brands LLC | PanCal Sycamore Canyon 257 LLC 600 WASHINGTON AVENUE, SUITE 1100 ST. LOUIS, MO 63101 | Real Property Leases | Lease Agreement | $71,468.42 | Appliances |
| 918 | Instant Brands Holdings Inc. | Quick Hand Logistics Inc. 1420 E. COOLEY DR. SUITE 206 ATTENTION: JUAN C. RODRIGUEZ COLTON, CA 92324 | Real Property Leases | 2325 Cottonwood Avenue, Riverside, CA - Sublease (Execution) | $0.00 | Housewares and Appliances |
| 977 | Instant Brands Inc. | Robert Rose Inc. 120 EGLINTON AVE. EAST SUITE 800 ATTN: ROBERT J. DEES TORONTO, ON M4P 1E2 CANADA | License Agreements | Trademark License for Baby Food Cookbook | $0.00 | Appliances |
| 978 | Instant Brands Inc. | Robert Rose Inc. 120 EGLINTON AVE. EAST SUITE 800 ATTN: ROBERT J. DEES TORONTO, ON M4P 1E2 CANADA | License Agreements | Trademark License for Vortex Cookbook | $0.00 | Appliances |

7

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 979 | Instant Brands LLC | Robert Rose 120 EGLINTON AVE. EAST SUITE 800 ATTN: ROBERT J. DEES TORONTO, ON M4P 1E2 CANADA | License Agreements | Trademark License Agreement | $0.00 | Appliances |
| 990[4] | Instant Brands LLC | salesforce.com, inc. ATTN: TODD MACHTMES, GENERAL COUNSEL 415 MISSION STREET, 3RD FLOOR SAN FRANCISCO, CA 94105 | IT Agreements | Commerce Cloud | $31,894.00 | Housewares and Appliances |
| 1005 | Instant Brands LLC | Sara Shakeel Limited ATTN: SARA SHAKEEL & ANUM BASHIR PRINCIPAL TOWERS 2702 WORSHIP STREET, SHOREDITCH LONDON EC2A 2FE UNITED KINGDOM | License Agreements | Joint Promotion Agreement | $0.00 | Housewares and Appliances |
| 1006 | Instant Brands LLC | Sara Shakeel Limited ATTN: SARA SHAKEEL & ANUM BASHIR PRINCIPAL TOWERS 2702 WORSHIP STREET, SHOREDITCH LONDON EC2A 2FE UNITED KINGDOM | Service and Supply Agreements | Agreement_IB x SS | $0.00 | Housewares and Appliances |

[4] The Counterparty, Salesforce, Inc., contacted Debtors' counsel to dispute the Cure Costs proposed in the Original Potential Assumed Contracts Schedule and asserted Cure Costs in the aggregate amount of $478,031.36. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1023 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Securitas Riverside Amendment SRS-INVENTO21092211 160 | $0.00 | Appliances |
| 1024 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Amendment | $0.00 | Housewares and Appliances |
| 1025 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Master Security Services Agreement | $0.00 | Housewares and Appliances |
| 1026 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Service Agreement - 2010 | $0.00 | Housewares and Appliances |
| 1027 | Instant Brands LLC | Securitas Securjy Services USA, Inc 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Securitas GN 010123 | $0.00 | Housewares and Appliances |
| 1028 | Instant Brands LLC | Securitas Services USA Inc 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Securitas Riverside 010123 | $0.00 | Housewares and Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1054 | Instant Brands LLC | Smart Paint 6171-D Huntley Rd COLUMBUS, OH 43229 | Service and Supply Agreements | Exhibit B - Revised | $0.00 | Appliances |
| 1055 | Instant Brands LLC | SmartPaint 6171-D Huntley Rd COLUMBUS, OH 43229 | Confidentiality Agreements | Mutual NDA | $0.00 | Appliances |
| 1056 | Instant Brands (Canada) Holding Inc. | SmartPaint 6171-D Huntley Rd COLUMBUS, OH 43229 | Service and Supply Agreements | Retainer | $0.00 | Appliances |
| 1114[5] | Instant Brands LLC | SuccessFactors, Inc. 1 TOWER PLACE SUITE 1100 SOUTH SAN FRANCISCO, CA 94080 | IT Agreements | 3062390541 (R) 5.17.2023 V1 FRP 2023 - 2024 | $0.00 | Housewares and Appliances |
| 1162 | Instant Brands (Canada) Holding Inc. | Thinnovations, LLC dba SmartPaint 6171-D HUNTLEY RD. ATTN: ANDY DICKSON COLUMBUS, OH 43229 | License Agreements | Product Development and Licensing Agreement | $0.00 | Appliances |

[5] The Counterparty, SAP America, and its affiliates Concur Technologies, Inc. and SuccessFactors, Inc., contacted Debtors' counsel to dispute the Cure Costs proposed in the Original Potential Assumed Contracts Schedule. The Debtors have reconciled this amount and have updated the proposed Cure Costs accordingly.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1170 | Instant Brands LLC | TOPIM INTELLIGENT MANUFACTURING (SHAO YANG) CO., LTD TOPIM INTELLIGENT MANUFACTURING INDUSTRIAL PARK BAIMA AVENUE, SHUANG QING DISTRICT SHAO YANG CITY HUNAN PROVINCE CHINA | Service and Supply Agreements | Supply Agreement (EPC) | $1,092,091.00 | Appliances |
| 1199 | Instant Brands Holdings Inc. | United Legwear Company LLC 117 SUNFIELD AVENUE EDISON, NJ 08837 | Real Property Leases | Sublease | $0.00 | Appliances |
| 127[6] | Instant Brands Holdings Inc. | BlackLine Systems, Inc. 21300 VICTORY BLVD. 12TH FLOOR ATTN: LEGAL DEPARTMENT WOODLAND HILLS, CA 91367 | IT Agreements | Amendment Order Form | $0.00 | Housewares and Appliances |
| 1301 | Instant Brands Inc. | Zhejiang Aishida Household Equipment Co., Ltd. NO.69 HUANGHE ROAD JIASHAN 314100 CHINA | Service and Supply Agreements | Supply Agreement | $0.00 | Appliances |

---

[6] The Counterparty, Blackline Systems Inc., filed an objection [Docket No. 398] asserting Cure Costs in the aggregate amount of $155,000. The Debtors are in the process of reconciling these Cure Costs with the Counterparty and all rights are reserved.

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1302 | Instant Brands LLC | Zhejiang Aishida Household Equipment Co., Ltd. | Service and Supply Agreements | Tooling Agreement | $0.00 | Appliances |
| 1306 | Instant Brands LLC | Zhejiang Tianxi Kitchen Appliance Co, Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | 6QT Slim Plastic Air Fryer Tooling Agreement | $0.00 | Appliances |
| 1307 | Instant Brands LLC | Zhejiang Tianxi Kitchen Appliance Co, Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | Tooling Agreement | $0.00 | Appliances |
| 1308 | Instant Brands Inc. | Zhejiang Tianxi Kitchen Appliance Co., Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | Supply Agreement | $0.00 | Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1309 | Instant Brands LLC | Zhejiang Tianxi Kitchen Appliance Co., Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | 097 VersaZone 9qt SS CC_Tooling Agreement | $0.00 | Appliances |
| 1310 | Instant Brands LLC | Zhejiang Tianxi Kitchen Appliance Co., Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | IN23-005 13QT AFO Tooling Agreement | $0.00 | Appliances |
| 1311 | Instant Brands LLC | Zhejiang Tianxi Kitchen Appliance Co., Ltd No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | Tooling Agreement | $0.00 | Appliances |
| 1312 | Instant Brands Inc. | Zhejiang Tianxi Kitchen Appliance Co., Ltd. No. 8,Shanyan Road, Huzhen Town Jinyun County, Lishui City Zhejiang Province CHINA | Service and Supply Agreements | Manufacturing and Supply Agreement | $0.00 | Appliances |

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| 1313 | Instant Brands LLC | Zhong Shan Rnice Electronic Co., Ltd NO. 17 TONGJI WEST ROAD, NANTOU TOW ZHONG SHAN 528427 CHINA | Service and Supply Agreements | Tooling agreement Rnice Duo WB | $0.00 | Appliances |
| 1314 | Instant Brands LLC | Zhong Shan Rnice Electronic Co., Ltd NO. 17 TONGJI WEST ROAD, NANTOU TOW ZHONG SHAN 528427 CHINA | Service and Supply Agreements | Tooling Agreement | $0.00 | Appliances |
| 1315 | Instant Brands LLC | Zhong Shan Rnice Electronic Co., Ltd NO. 17 TONGJI WEST ROAD, NANTOU TOW ZHONG SHAN 528427 CHINA | Service and Supply Agreements | Tooling Amortization _Superior Slow Cook er | $0.00 | Appliances |
| 1364 | Instant Brands LLC | CPG Retail - Target THE CREATIVE PARTNERS GROUP 88 SOUTH 10TH ST - STE 100 MINNEAPOLIS, MN 55403 | Customer Agreements | CPG Vendor Agreement Terms dated 2022 07 14 | $0.00 | Housewares and Appliances |
| 1371 | Instant Brands LLC | DemandPDX LLC ATTN: CHRIS BERGEMANN 1000 S.W. BROADWAY SUITE 1140 PORTLAND, OR 97205 | Service and Supply Agreements | Shopify Replatform SOW v4 | $0.00 | Housewares and Appliances |
| 1419 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE | Service and Supply Agreements | Addendum Rate Sheet 5 sites dated 2019 02 04 | $0.00 | Housewares and Appliances |

14

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| | | 2ND FLOOR CHICAGO, IL 60631-1958 | | | | |
| 1420 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Addendum Securitas Charleroi dated 2022 01 01 | $0.00 | Housewares and Appliances |
| 1421 | Instant Brands LLC | Securitas Security Services USA, Inc. 6327 NORTH AVONDALE 2ND FLOOR CHICAGO, IL 60631-1958 | Service and Supply Agreements | Byhalia Wage Addendum dated 2023 01 01 | $0.00 | Housewares and Appliances |
| 1441 | Instant Brands LLC | Workday, Inc. DEPT LA 23246 PASADENA, CA 91706-1300 | Service and Supply Agreements | Main Subscription Agreement | $217,343.00 | Housewares and Appliances |
| 1442 | Instant Brands LLC | Workday, Inc. DEPT LA 23246 PASADENA, CA 91706-1300 | Service and Supply Agreements | Order Form 00345473.0 | $0.00 | Housewares and Appliances |
| N/A | Instant Brands LLC | The Creative Partners Group | Sales Rep Agreement | Independent Sales Representative Agreement dated June 1, 2019, as amended April 1, 2020 | $22,230.96 | Housewares and Appliances |
| N/A | Instant Brands LLC | DemandPDX LLC | Services Agreement | Services Agreement dated July 11, 2022 (Shopify) | $0.00 | Housewares and Appliances |

**<u>Exhibit C</u>**

**Schedule of Additional Proposed Assumed Contracts or Modified Cure Amounts**

| #[1] | Debtor Entity | Counterparty | Agreement Type | Agreement Description | Cure Cost[2] | Business |
|---|---|---|---|---|---|---|
| N/A | Instant Brands LLC | The Creative Partners Group ATT: GRAHAM OSULLIVAN THE PRIORY, JOHN STREET WEST DUBLIN 8 IRELAND | Sales Representative Agreement | Independent Sales Representative Agreement dated June 1, 2019, as amended April 1, 2020 | $7,578.01 | Housewares and Appliances |
| N/A | Instant Brands LLC | DemandPDX LLC | Services Agreement | Services Agreement dated July 11, 2022 (Shopify) | $0.00 | Housewares and Appliances |
| 299 | Instant Brands LLC | Curzon Company 7110 SW BEVELAND STREET TIGARD, OR 97223 | Service and Supply Agreements | Sales Representative Agreement | $869.38 | Housewares and Appliances |
| 471 | Instant Brands LLC | Guangdon Xinbao Electrical Appliance Holdings Co., Ltd LONGZHOU ROAD LELIU TOWN SHUNDE DISTRICT FOSHAN CITY CHINA | Service and Supply Agreements | 3-1 Coffee Development Agreement | $4,233.60 | Appliances |

---

[1] The numbers in this column identifying the contracts and leases listed on this schedule refer to the corresponding numbers for such contracts and leases set forth on the First Amended Potential Assumed Contracts Schedule attached to the *Notice of First Amended Scheduled of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 492].

[2] Cure Costs comprise prepetition amounts owed as of June 11, 2023 on account of the Counterparties' contracts or leases according to the Debtors' books and records modified to reflect (i) invoices for prepetition goods delivered or services provided that the Debtors processed subsequent to June 11, 2023 and (ii) payments made on account of prepetition obligations pursuant to orders entered by the Court.