IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § § | Case No. 23-90716 (DRJ) |
| Debtors.[1] | § § § | (Jointly Administered) |

**AGENDA OF MATTERS SET FOR HEARING**
**ON OCTOBER 3, 2023 AT 4:00 P.M. (CENTRAL TIME)**

Instant Brands Acquisition Holdings Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby file their *Agenda of Matters Set for Hearing on October 3, 2023 at 4:00 p.m.* (Central Time) before the Honorable United States Bankruptcy Court Judge David R. Jones to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. ***SALE HEARING.*** Debtors' Emergency Motion for Entry of Orders (I)(A) Approving Bidding Procedures For Sale of Debtors' Assets, (B) Authorizing Potential Selection of Stalking Horse Bidder(s), (C) Approving Bid Protections, (D) Scheduling Auction For, and Hearing to Approve, Sale of Debtors' Assets, (E) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, and (F) Approving Assumption and Assignment Procedures, (II)(A) Approving Sale of Debtors' Assets Free and Clear

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

of Liens, Claims, Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [Docket No. 199]

> **Status**: Matter going forward except with respect to any unresolved cure objections.

**Related Documents:**

1. Declaration of Adam Hollerbach as Chief Restructuring Officer of the Debtors in Support of Debtors' Chapter 11 Proceeding and First Day Pleadings [Docket No. 39]

2. Order (I) Approving Bidding Procedures For Sale of Debtors Assets, (II) Authorizing Potential Selection of Stalking Horse Bidder(s), (III) Approving Bid Protections, (IV) Scheduling Auction For, and Hearing to Approve, Sale of Debtors Assets, (V) Approving Form and Manner of Notices of Sale, Auction, and Sale Hearing, (VI) Approving Assumption and Assignment Procedures, and (VII) Granting Related Relief ("**Bidding Procedures Order**") [Docket No. 253];

3. Certificate of Service of Bidding Procedures Order [Docket No. 274];

4. Verification of Publication of the Notice of Sale, Bidding Procedures, Auction and Sale Hearing in USA Today [Docket No. 278];

5. Certificate of Service of Notice of Sale, Bidding Procedures Auction, and Sale Hearing [Docket No. 284];

6. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount. [Docket No. 294];

7. Certificate of Service of Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 314];

8. Certificate of Service of Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 359];

9. Notice of First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount. [Docket No. 492];

10. Certificate of Service of Notice of First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 518];

11. Notice of Adjournment of Sale Hearing [Docket No. 528];

12. Certificate of Service of Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 555];

13. Notice of Adjournment of Sale Hearing [Docket No. 567];

14. Notice of Emergency Status Conference [Docket 571];

15. Notice of Adjournment of Sale Hearing [Docket No. 602];

16. Notice of Auction Results and Scheduled Sale Hearing [Docket No. 611];

17. Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amounts and Supplemental Assumption and Assignment Notice [Docket No. 612];

18. Notice of Filing of Proposed Sale Order [ Docket No. ___]; and

19. Supplemental Declaration of Ronen Bojmel in Support of Entry of Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interest and Encumbrances, (B) Authorizing the Debtors to Enter Into and Perform their Obligations Under the Asset Purchase Agreements and Related Documents, (C) Authorizing the Assumption and Assignment of Certain Contracts and Leases, and (D) Granting Related Relief [Docket No. ___].

**Witness and Exhibit Lists:**

20. Debtors' Witness and Exhibit List for Hearing on September 21, 2023 at 2:15 p.m. (Central Time) [Docket No. 562];

21. Debtors' Witness and Exhibit List for Hearing on September 29, 2023 at 9:15 A.M. (Central Time) [Docket No. 597];

22. Debtors' Witness and Exhibit List for Hearing on October 3, 2023 at 4:00 p.m. (Central Time) [Docket No. 621];

23. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing Scheduled for October 3, 2023 at 4:00 p.m. (Central Time) [Docket No. 622];

24. Debtors' Amended Witness and Exhibit List for Hearing on October 3, 2023 at 4:00 p.m. (Central Time) [Docket No. ___].

**Transcripts:**

25. Notice of Filing Auction Transcript [Docket No. 576]; and

26. Transcript of Emergency Status Conference held on September 22, 2023 [Docket No. 596]

**<u>Objections and Responses:</u>**

a. Objection and Reservation of Rights of Fifth Third Bank as Predecessor in Interest to Lasalle Solutions to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 347];

b. Blackline Systems, Inc.'s Limited Objection and Reservation of Rights to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 398];

c. Ford Motor Credit Company LLC's Objection and Reservation of Rights to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 405];

d. Oracle's Limited Objection and Reservation of Rights Regarding Debtors' Sale Motion, and Related Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 408];

e. Objection and Reservation of Rights of Corning Incorporated to Debtors' Notice of Potential Assumtion [sic] and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 409];

f. Limited Objection of Commission Junction LLC and Applicable Affiliates to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 410];

g. Reservation of Rights of Bank of Montreal to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 415];

h. Oceanwing Service Limited's Objection to Proposed Cure Cost and Reservation of Rights [Docket No. 416];

i. Pancal Sycamore Canyon 257, LLC's Objection to Debtors' Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 417];

j. Objection of the Association of Home Appliance Manufacturers to the Debtors' Proposed Cure Amount [Docket No. 419];

k. Objection and Reservation of Rights of United Parcel Service, Inc. to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 421];

l. Limited Objection and Reservation of Rights of Lifetime Brands, Inc. to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 423];

m. Objection and Reservation of Rights of Merchandise Mart LLC to Notice of First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 503];

n. Limited Objection to Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount [Docket No. 525];

o. Gartner Inc.'s Motion to Allow Late Filed Limited Objection to Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and Cure Amount [Docket No. 526];

p. Supplemental Objection and Reservation of Rights of Corning Incorporated to Debtors' First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 527];

q. Elijah Ltd's Limited Objection and Reservation of Rights to First Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 529];

r. Oceanwing Service Limited's Supplemental Objection to Proposed Cure Cost and Reservation of Rights [Docket No. 530];

s. Pancal Sycamore Canyon 257, LLC's Supplemental Objection to Debtors' Notice of First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 531];

t. SCMI US Inc.'s Objection and Reservation of Rights to Debtors' Notice of First Amended Schedule of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 532]

Dated: October 2, 2023
       Houston, Texas

           HAYNES AND BOONE, LLP

           */s/ Charles A. Beckham, Jr.*
           Charles A. Beckham, Jr. (TX Bar No. 02016600)
           Arsalan Muhammad (TX Bar No. 24074771)
           David A. Trausch (TX Bar No. 24113513)
           1221 McKinney Street, Suite 4000
           Houston, Texas 77010
           Tel.:   (713) 547-2000
           Email: charles.beckham@haynesboone.com
                  arsalan.muhammad@haynesboone.com
                  david.trausch@haynesboone.com

           *-and-*

           DAVIS POLK & WARDWELL LLP

           Brian M. Resnick (admitted *pro hac vice*)
           Steven Z. Szanzer (*admitted pro hac vice*)
           Joanna McDonald (*admitted pro hac vice*)
           450 Lexington Avenue
           New York, New York 10017
           Tel.:   (212) 450-4000
           Email: brian.resnick@davispolk.com
                  steven.szanzer@davispolk.com
                  joanna.mcdonald@davispolk.com

           *Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that, on October 2, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

           */s/ Charles A. Beckham, Jr.*
           Charles A. Beckham, Jr.