United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90716 |
| INSTANT BRANDS | § | |
| ACQUISITION HOLDINGS | § | |
| INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

### ORDER TO SUPPLEMENT

Instant Brands seeks to extend the date by which civil actions may be removed from state court. *See* ECF No. 894. The motion seeks general authority and does not (and need not) identify the parties to all pending civil actions. However, the motion must be served on adversely affected parties, which includes (most importantly) the parties to the potentially removable lawsuits.

On January 16, 2024, the claims agent filed a certificate of service. *See* ECF No. 933. It contains many names and addresses. It may or may not include the parties to the potentially removable lawsuits. The certificate of service does not affirm that the parties to the potentially removable lawsuits have been served. Of course, service on parties may be effected by service on their counsel.

Instant Brands must supplement its certificate of service with a certification that better informs the Court about service on the adversely affected parties.

SIGNED 01/31/2024

---
Marvin Isgur
United States Bankruptcy Judge