IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § | Case No. 23-90716 (MI) |
| Debtors.[1] | § § § § | Jointly Administered |

### AGENDA OF MATTERS SET FOR HEARING
### ON FEBRUARY 9, 2024, AT 8:00 A.M. (CENTRAL TIME)

Instant Brands Acquisition Holdings Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases, hereby file this agenda for the hearing on February 9, 2024 at 8:00 a.m. (Central Time) before the Honorable United States Bankruptcy Court Judge Marvin Isgur to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. **OBJECTING SUPPLIERS' CONFIRMATION OBJECTION**

    **Response Deadline**: February 5, 2024

    **Status**:   Matter going forward.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

**Related Documents**:

1. Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates [Docket No. 845];

2. Emergency Motion for Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 846];

3. Certificate of Service of Combined DS and Plan and Solicitation Motion [Docket No. 847];

4. Notice of Filing Exhibits to Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 858];

5. Certificate of Service of Disclosure Statement Exhibits [Docket No. 869];

6. Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s Objection and Reservation of Rights Regarding Debtors' Emergency Motion For Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 870];

7. Midea's (I) Preliminary Objection and Reservation of Rights to Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates; and (II) Objection to Debtors' Emergency Motion For Entry of Orders (i)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (ii) Approving the Disclosure Statement on a Final Basis [Docket No. 876]

8. Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates [Docket No. 878];

9. Debtors' Response to Objections to Debtors' Emergency Motion for Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing For Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 881];

10. Statement / Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response to Objections and in Support of the Debtors' Disclosure Statement [Docket No. 883];

11. Amended Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 898];

12. Notice of Filing the Solicitation Version of the Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 926];

13. Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 965], and

    b. sealed copy [Docket No. 966];

14. Declaration of Elliot Moskowitz in Support of the Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co. Ltd.'s, GuangDong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. Pte Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 967], and

    b. sealed copy [Docket No. 968];

15. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection [Docket No. 970];

16. Joint Stipulation and Agreed Order Regarding Discovery and Plan Objection Briefing [Docket No. 976];

17. Notice of Filing Plan Supplement to the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 983];

18. Objecting Suppliers' Reply (I) in Support of Their Objections to the Debtors' Combined Disclosure Statement and Plan and (II) In Response to the Debtors' Opposition to the Suppliers' Plan Objection:

    a. redacted copy [Docket No. 994], and

    b. sealed copy [Docket No. 995];

19. Declaration of James Britton:

    a. redacted copy [Docket No. 996], and

    b. sealed copy [Docket No. 997];

20. The Ad Hoc Group of Crossover Lenders' Response In Support of Debtors' Reply in Opposition to Zhejian Tianxi Kitchen Appliance Co., Ltd's, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's , and Midea Electric Trading (Singapore) Co. PTE Ltd's Reply (I) In Support of Their Objections to the Debtors' Combined Disclosure Statement and Plan and (II) In Response to the Debtors' Opposition to the Suppliers' Plan Objection:

    a. redacted copy [Docket No. 1001], and

    b. sealed copy [Docket No. 1000];

21. Debtors' Witness and Exhibit List for Hearing on February 9, 2024 at 8:00 a.m.:

    a. redacted copy [Docket No. 1003], and

    b. sealed copy [Docket No. 1008];

22. Objecting Suppliers' Witness and Exhibit List:

    a. redacted copy [Docket No. 1004], and

    b. sealed copy [Docket No. 1006];

23. Debtors' Reply in Further Support of Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'S, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. Pte Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 1005], and

    b. sealed copy [Docket No. 1007]; and

24. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Reply in Further Support of Opposition to Zhejian Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection [Docket No. 1010].

2. **Debtors' Emergency Motion to Seal**

    *Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File Commercially Sensitive Information Under Seal* [Docket No. 969]

    **Response Deadline**: at the hearing

    **Status**:     Matter going forward.

    **Responses/Objections**:

    None

3. **Ad Hoc Group of Crossover Lenders' Emergency Motion to Seal**

    *The Ad Hoc Group of Crossover Lenders' Emergency Motion for Entry of an Order Authorizing the Ad Hoc Group of Crossover Lenders to File Commercially Sensitive Information Under Seal* [Docket No. 1002]

    **Response Deadline**: at the hearing

**Status**:   Matter going forward.

**Responses/Objections**:

>None

Dated:   February 7, 2024

HAYNES AND BOONE, LLP

*/s/ David A. Trausch*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:   (713) 547-2000
Email: charles.beckham@haynesboone.com
        arsalan.muhammad@haynesboone.com
        david.trausch@haynesboone.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Elliot Moskowitz (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
Garrett L. Cardillo (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 450-4000
Email: brian.resnick@davispolk.com
        elliot.moskowitz@davispolk.com
        steven.szanzer@davispolk.com
        joanna.mcdonald@davispolk.com
garrett.cardillo@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on February 7, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David A. Trausch*
David A. Trausch