# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, February 9, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| James | Britton | ArentFox Schiff LLP | Midea |
| Garrett | Cardillo | Davis Polk & Wardwell LLP | Debtors |
| Tiffany Strelow | Cobb | Vorys, Sater et al. | Zhejiang Tianxi Kitchen Appliance Co., Ltd. |
| Robert | Fitzgerald | Meagher & Flom LLP | Bank of America |
| Brett | Goodman | Arent Fox Schiff LLP | Midea |
| Tom | Howley | Howley Law PLLC | Local Counsel to Midea/Objecting Supplier |
| Thomas | Loeb | Vorys, Sater, et al. | Zhejiang Tianxi Kitchen Appliance Co., Ltd. |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Debtors |
| James | Muenker | DLA Piper LLP | Official Committee of Unsecured Creditors |
| Arsalan | Muhammad | Haynes and Boone, LLP | Instant Brands Acquisition Holdings, Inc. |
| Matt | Prewitt | Arent Fox Schiff LLP | Midea |
| Brian | Resnick | Davis Polk & Wardwell LLP | Debtors |
| Jayson | Ruff | US DOJ | US Trustee |
| David A. | Trausch | Haynes and Boone, LLP | Instant Brands Acquisition Holdings, Inc. |