| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Charles A. Beckham, Jr. | 2. PHONE NUMBER (713) 547-2068 | 3. DATE 2/9/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL jodi.valencia@haynesboone.com | 5. CITY Houston | 6. STATE TX | 7. ZIP CODE 77010 |
| 8. CASE NUMBER 23-90716 | 9. JUDGE Marvin Isgur | DATES OF PROCEEDINGS 10. FROM 2/9/2024 | 11. TO 2/9/2024 |
| 12. CASE NAME Instant Brands Acquisition Holdings, Inc. | | LOCATION OF PROCEEDINGS 13. CITY Houston | 14. STATE TX |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing on 02/09/24 | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | 0.00 |

| 18. SIGNATURE /s/ Charles A. Beckham, Jr. | PROCESSED BY |
|---|---|
| 19. DATE 2/9/2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY Judicial Transcribers of Texas | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY