IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **INSTANT BRANDS ACQUISITION HOLDINGS INC.**, *et al.*, | § § § § | Case No. 23-90716 (MI) |
| Debtors.[1] | § § § | Jointly Administered |

## NOTICE OF ADJOURNMENT OF COMBINED HEARING

**PLEASE TAKE NOTICE** that, on January 11, 2024, the Court entered an order [Docket No. 924] (the "**Solicitation Order**")[2] that, among other things, (a) conditionally approved the Disclosure Statement contained in the *Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates* [Docket No. 926-1] (as it may be amended, modified, or supplemented from time to time in accordance with the terms thereof (including all appendices, exhibits, schedules, and supplements (including any Plan Supplements) thereto), the "**Combined DS and Plan**," the "**Disclosure Statement**," or the "**Plan**," as applicable), as containing adequate information, in compliance with section 1125(a) of the Bankruptcy Code, for the purpose of soliciting votes on the Plan, (b) established certain dates and deadlines in connection with the solicitation and confirmation of the Plan, and (c) scheduled a Combined Hearing for the approval of the Disclosure Statement on a final basis and the Confirmation of the Plan for February 15, 2024 at 8:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Solicitation Order, the Combined Hearing has been adjourned to **February 22, 2024 at 10:30 a.m. (prevailing Central Time**) in the Court before the Honorable Marvin Isgur, at 515 Rusk Street, Houston, Texas 77002. The Combined Hearing may be further adjourned or continued from time to time by the Court or the Debtors by announcement of the adjournment or continuance at a hearing before the Court or by filing a notice on the Court's docket.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Order or the Combined DS and Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the deadline to File a Rule 3018 Motion, the Voting Deadline, and the Combined DS and Plan Objection Deadline have each expired.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the adjournment of the Combined Hearing, the hearing on "Phase One Topics" under the *Joint Stipulation and Agreed Order Regarding Discovery and Plan Objecting Briefing* [Docket No. 976] shall resume on February 15, 2024 at 8:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined DS and Plan (including the Plan Supplement documents), this notice, and all other documents publicly filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Debtors' case information website located at https://dm.epiq11.com/InstantBrands.

Dated:  February 13, 2024
         Houston, Texas

HAYNES AND BOONE, LLP

*/s/ David A. Trausch*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:   (713) 547-2000
Email: charles.beckham@haynesboone.com
           arsalan.muhammad@haynesboone.com
           david.trausch@haynesboone.com
*-and-*

DAVIS POLK & WARDWELL LLP
Brian M. Resnick (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 450-4000
Email: brian.resnick@davispolk.com
           steven.szanzer@davispolk.com
           joanna.mcdonald@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that, on February 13, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ David A. Trausch*
                                                  David A. Trausch