IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| INSTANT BRANDS ACQUISITION | § | Case No. 23-90716 (MI) |
| HOLDINGS INC., *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**JOINDER OF THE AD HOC GROUP OF CROSSOVER LENDERS TO THE DEBTORS' SUPPLEMENTAL MEMORANDUM IN RESPONSE TO MIDEA'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS PLAN OBJECTION**

The Ad Hoc Group of Crossover Lenders (the "**Lenders**"), by its undersigned counsel, respectfully submits this joinder (the "**Joinder**") in support of the Debtors' contemporaneously filed *Supplemental Memorandum in Response to Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. Pte Ltd.'s Supplemental Brief in Support of its Plan Objection* (the "**Debtors Supplemental Brief**"). In support of this Joinder, the Lenders respectfully state as follows:

---

[1] The debtors and debtors in possession in the Chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

1. The Lenders hereby join in the Debtors' Supplemental Brief, incorporate by reference the facts and legal arguments from the Debtors' Supplemental Brief into this Joinder, and respectfully urge the Court to overrule the Midea's Plan Objections in their entirety and grant any such other and further relief as may be just and proper.

2. The Lenders reserve their rights to amend or supplement this Joinder, and to raise additional arguments at the hearing before this Court on February 15, 2024.

Dated:   February 14, 2024
         New York, New York

Respectfully submitted,

By: */s/ Shmuel Vasser*
Allan S. Brilliant (admitted *pro hac vice*)
Shmuel Vasser (admitted *pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for the Ad Hoc Group of Crossover Lenders*

## **Certificate of Service**

I certify that, on February 14, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Shmuel Vasser*
Shmuel Vasser