IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § § | Case No. 23-90716 (MI) |
| Debtors.[1] | § § § | Jointly Administered |

**AMENDED AGENDA OF MATTERS SET FOR HEARING
ON FEBRUARY 15, 2024, AT 8:00 A.M. (CENTRAL TIME)**

Instant Brands Acquisition Holdings Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases, hereby file this amended agenda for the hearing on February 15, 2024 at 8:00 a.m. (Central Time) before the Honorable United States Bankruptcy Court Judge Marvin Isgur to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. **OBJECTING SUPPLIERS' CONFIRMATION OBJECTION**

    **Status**:   Matter going forward with respect to Midea's objection only.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

**Related Documents**:

1. Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates [Docket No. 845];

2. Emergency Motion for Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 846];

3. Certificate of Service of Combined DS and Plan and Solicitation Motion [Docket No. 847];

4. Notice of Filing Exhibits to Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 858];

5. Certificate of Service of Disclosure Statement Exhibits [Docket No. 869];

6. Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s Objection and Reservation of Rights Regarding Debtors' Emergency Motion For Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 870];

7. Midea's (I) Preliminary Objection and Reservation of Rights to Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates; and (II) Objection to Debtors' Emergency Motion For Entry of Orders (i)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing for Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (ii) Approving the Disclosure Statement on a Final Basis [Docket No. 876]

8. Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and Its Debtor Affiliates [Docket No. 878];

9. Debtors' Response to Objections to Debtors' Emergency Motion for Entry of Orders (I)(A) Approving the Disclosure Statement on a Conditional Basis, (B) Approving the Solicitation and Tabulation Procedures, (C) Approving the Forms of Ballots, Solicitation Package, and Notices, (D) Establishing Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (E) Scheduling a Combined Hearing For Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Granting Related Relief and (II) Approving the Disclosure Statement on a Final Basis [Docket No. 881];

10. Statement / Joinder of the Official Committee of Unsecured Creditors to the Debtors' Response to Objections and in Support of the Debtors' Disclosure Statement [Docket No. 883];

11. Amended Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 898];

12. Notice of Filing the Solicitation Version of the Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 926];

13. Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 965], and

    b. sealed copy [Docket No. 966];

14. Declaration of Elliot Moskowitz in Support of the Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co. Ltd.'s, GuangDong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. Pte Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 967], and

    b. sealed copy [Docket No. 968];

15. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection [Docket No. 970];

16. Joint Stipulation and Agreed Order Regarding Discovery and Plan Objection Briefing [Docket No. 976];

17. Notice of Filing Plan Supplement to the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan [Docket No. 983];

18. Objecting Suppliers' Reply (I) in Support of Their Objections to the Debtors' Combined Disclosure Statement and Plan and (II) In Response to the Debtors' Opposition to the Suppliers' Plan Objection:

    a. redacted copy [Docket No. 994], and

    b. sealed copy [Docket No. 995];

19. Declaration of James Britton:

    a. redacted copy [Docket No. 996], and

    b. sealed copy [Docket No. 997];

20. The Ad Hoc Group of Crossover Lenders' Response In Support of Debtors' Reply in Opposition to Zhejian Tianxi Kitchen Appliance Co., Ltd's, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's , and Midea Electric Trading (Singapore) Co. PTE Ltd's Reply (I) In Support of Their Objections to the Debtors' Combined Disclosure Statement and Plan and (II) In Response to the Debtors' Opposition to the Suppliers' Plan Objection:

    a. redacted copy [Docket No. 1001], and

    b. sealed copy [Docket No. 1000];

21. Debtors' Witness and Exhibit List for Hearing on February 9, 2024 at 8:00 a.m.:

    a. redacted copy [Docket No. 1003], and

    b. sealed copy [Docket No. 1008];

22. Objecting Suppliers' Witness and Exhibit List:

    a. redacted copy [Docket No. 1004], and

    b. sealed copy [Docket No. 1006];

23. Debtors' Reply in Further Support of Opposition to Zhejiang Tianxi Kitchen Appliance Co., Ltd.'S, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. Pte Ltd.'s Plan Objection:

    a. redacted copy [Docket No. 1005], and

    b. sealed copy [Docket No. 1007];

24. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Reply in Further Support of Opposition to Zhejian Tianxi Kitchen Appliance Co., Ltd.'s, Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, and Midea Electric Trading (Singapore) Co. PTE Ltd.'s Plan Objection [Docket No. 1010].

25. Debtors' Amended Witness and Exhibit List for Hearing on February 9, 2024 at 8:00 A.M. (Central Time) [Docket No. 1018];

26. Midea and Tianxi's Supplemental Objection to Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings, Inc. and its Debtors Affiliates [Docket No. 1024];

27. Objecting Suppliers' Emergency Motion to Strike Response of Ad Hoc Group of Crossover Lenders [Docket No. 1027];

28. Objecting Suppliers' Emergency Motion to Preclude Use of Exhibits in Debtors' Amended Witness and Exhibit List [Docket No. 1028];

29. Notice of Adjournment of Combined Hearing [Docket No. 1054];

30. Debtors' Witness and Exhibit List for Hearing on February 15, 2024 at 8:00 A.M. (Central Time) [Docket No. 1055];

31. Parties' Joint Stipulation Regarding Exhibit Lists for Hearing Scheduled for February 15, 2024 at 8:00 A.M. (Central Time):

    a. redacted copy [Docket No. 1059], and

    b. sealed copy [Docket No. 1060];

32. Joint Witness and Exhibit List for Hearing on February 15, 2024 at 8:00 A.M. (Central Time)

    a. redacted copy [Docket No. 1061], and

    b. sealed copy [Docket No. 1062];

33. Midea's Supplemental Brief in Support of Its Plan Objection:

    a. redacted copy [Docket No. 1063], and

    b. sealed copy [Docket No. 1064];

34. Debtors' Supplemental Memorandum in Response to Guangdong Midea Consumer Electric Manufacturing Company Limited's, Foshan Shunde Midea Electrical Heating Appliances Manufacturing Company Limited's, And Midea Electric Trading (Singapore) Co. PTE Ltd.'s Supplemental Brief in Support of its Plan Objection:

    a. redacted copy [Docket No. 1068], and

    b. sealed copy [Docket No. 1069];

35. Joinder of the Ad Hoc Group of Crossover Lenders to the Debtors' Supplemental Memorandum in Response to Midea's Supplemental Brief in Support of its Plan Objection [Docket No. 1070].

2. **Debtors' Emergency Motion to Seal**

*Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File Commercially Sensitive Information Under Seal* [Docket No. 969]

**Response Deadline**: at the hearing

**Status**:    Matter going forward.

**Responses/Objections**:

None

3. **Ad Hoc Group of Crossover Lenders' Emergency Motion to Seal**

   *The Ad Hoc Group of Crossover Lenders' Emergency Motion for Entry of an Order Authorizing the Ad Hoc Group of Crossover Lenders to File Commercially Sensitive Information Under Seal* [Docket No. 1002]

   **Response Deadline**: at the hearing

   **Status**:   Matter going forward.

   **Responses/Objections**:

   None

Dated:   February 14, 2024

|  |  |
|---|---|
|  | HAYNES AND BOONE, LLP |
|  | */s/ David A. Trausch* |
|  | Charles A. Beckham, Jr. (TX Bar No. 02016600) |
|  | Arsalan Muhammad (TX Bar No. 24074771) |
|  | David A. Trausch (TX Bar No. 24113513) |
|  | 1221 McKinney Street, Suite 4000 |
|  | Houston, Texas 77010 |
|  | Tel.:   (713) 547-2000 |
|  | Email: charles.beckham@haynesboone.com |
|  |           arsalan.muhammad@haynesboone.com |
|  |           david.trausch@haynesboone.com |
|  | *-and-* |
|  | DAVIS POLK & WARDWELL LLP |
|  | Brian M. Resnick (admitted *pro hac vice*) |
|  | Elliot Moskowitz (admitted *pro hac vice*) |
|  | Steven Z. Szanzer (admitted *pro hac vice*) |
|  | Joanna McDonald (admitted *pro hac vice*) |
|  | Garrett L. Cardillo (admitted *pro hac vice*) |
|  | 450 Lexington Avenue |
|  | New York, New York 10017 |
|  | Tel.:   (212) 450-4000 |
|  | Email:  brian.resnick@davispolk.com |
|  |            elliot.moskowitz@davispolk.com |
|  |            steven.szanzer@davispolk.com |
|  |            joanna.mcdonald@davispolk.com |
|  |            garrett.cardillo@davispolk.com |
|  | *Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

      I certify that, on February 14, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ David A. Trausch*
                                             David A. Trausch