IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| INSTANT BRANDS ACQUISITION HOLDINGS INC., *et al.*, | § § § § | Case No. 23-90716 (MI) |
| Reorganized Debtors.[1] | § § | Jointly Administered Re: Docket No. 1146 |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) ADMINISTRATIVE CLAIMS BAR DATE**

**PLEASE READ THIS NOTICE CAREFULLY AS IT CONTAINS BAR DATE AND OTHER INFORMATION THAT MAY AFFECT YOUR RIGHTS TO RECEIVE DISTRIBUTIONS UNDER THE PLAN:**

**PLEASE TAKE NOTICE** that, on February 23, 2024, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Docket No. 1146] (the "**Confirmation Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that each of the conditions precedent to the occurrence of the Effective Date, as set forth in Article XII, has been satisfied or waived in accordance therewith, and the Plan became effective and was substantially consummated on **February 27, 2024** (the "**Effective Date**"). For purposes of calculating all Filing and other deadlines in the Plan and Confirmation Order determined by reference to the Effective Date, such time periods are deemed to have commenced on **February 27, 2024**.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the reorganized debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order or the *Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization of Instant Brands Acquisition Holdings Inc. and its Debtor Affiliates* [Docket No. 1146-1] (the "**Plan**"), as applicable. The rules of interpretation set forth in Article I.B of the Plan shall apply hereto. For the avoidance of doubt, unless otherwise specified, all references herein to "Articles" refer to articles of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on (i) the Reorganized Debtors, (ii) all Holders of Claims against, or Interests in, the Debtors, whether or not Impaired under the Plan and whether or not, if Impaired, such Holders voted to accept the Plan, (iii) the Litigation Trustee, (iv) each Entity acquiring property under the Plan, (v) any other party in interest in the Chapter 11 Cases, (vi) any Entity making an appearance in the Chapter 11 Cases, and (vii) each of the foregoing's respective Related Parties.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article V.B and paragraph 19 of the Confirmation Order, any and all requests for allowance or payment of Administrative Claims that accrued on or before the Effective Date and remain unpaid (other than Other Administrative Claims), unless otherwise expressly set forth in the Plan, must be Filed with the Claims and Solicitation Agent and served on counsel for the Reorganized Debtors on or before **March 28, 2024 at 4:00 p.m. (prevailing Central Time)** (the "**Administrative Claims Bar Date**"). Any such request must include, at a minimum, the following: (i) the name of the Holder of the Administrative Claim; (ii) the asserted amount of the Administrative Claim (denominated in United States dollars); (iii) the name of the applicable Reorganized Debtor that is purported to be liable for the Administrative Claim and, if the Administrative Claim is asserted against more than one Reorganized Debtor, the name of each Reorganized Debtor and the exact amount asserted to be owed by each such Reorganized Debtor; (iv) the basis of the Administrative Claim; and (v) supporting documentation for the Administrative Claim.

**UNLESS OTHERWISE ORDERED BY THE COURT, OR AS OTHERWISE EXPRESSLY SET FORTH IN THE PLAN (SEE BELOW), HOLDERS OF ADMINISTRATIVE CLAIMS THAT ARE REQUIRED TO, BUT DO NOT, PROPERLY FILE AND SERVE A REQUEST FOR PAYMENT OF SUCH ADMINISTRATIVE CLAIMS BY THE ADMINISTRATIVE CLAIMS BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST THE REORGANIZED DEBTORS OR THEIR PROPERTY, AND SUCH ADMINISTRATIVE CLAIMS SHALL BE DEEMED DISCHARGED AS OF THE EFFECTIVE DATE.**

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the foregoing, requests for payment of Administrative Claims need not be Filed for Administrative Claims that (i) previously have been Allowed by Final Order of the Court (including the Final DIP Order) or pursuant to Article V.B, (ii) the Reorganized Debtors (with the consent of the Ad Hoc Group of Crossover Lenders) have otherwise agreed in writing (email being sufficient) do not require such a Filing, (iii) relate to post-petition ordinary course operations and are set forth in the Reorganized Debtors' books and records, (iv) arise pursuant to 28 U.S.C. § 1930, or (v) are DIP Superpriority Claims, U.S. Trustee Fees, Information Officer Fees, or Professional Fee Claims.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article VIII.E, distributions shall only be made to the record Holders of Allowed Claims as of the Distribution Record Date. All Claims transfers occurring prior to the Confirmation Date should be registered with the Reorganized Debtors. The Reorganized Debtors, any Distribution Agent, the Prepetition Agent, and each of the foregoing's respective Related Parties shall have no obligation to recognize, for purposes of Plan Distributions pursuant to, or in any way arising from, the Plan (or for any other purpose), any Claims that are transferred after the Distribution Record Date. Instead, the

foregoing parties are entitled to recognize only those record Holders set forth in the registers (including the lender registers) as of the Distribution Record Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article V.B, within 45 days of the Effective Date, or as soon as reasonably practicable thereafter, all applications for payment of Professional Fee Claims shall be Filed and served in accordance with the Interim Compensation Order. Distributions on account of Allowed Professional Fee Claims shall be made as soon as reasonably practicable after such Claims become Allowed in accordance with the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, substantially contemporaneously herewith, pursuant to paragraph 28 of the Confirmation Order, the Reorganized Debtors are Filing a notice to revise the consolidated case caption of the Chapter 11 Cases reflecting changes to certain of the Reorganized Debtors' legal names. Upon the Filing of such notice, the Reorganized Debtors will, and all other parties are directed to, use such updated case caption in all further pleadings and other papers Filed in the Chapter 11 Cases and any adversary proceeding commenced thereunder.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article XV.I, any Entity that desires to receive notices or other documents after the Effective Date must, pursuant to Bankruptcy Rule 2002, File a renewed request to receive such notices and documents with the Court to be added to the post-Confirmation service list. Entities not on such post-Confirmation service list may not receive notices or other documents Filed in the Chapter 11 Cases after the Effective Date. An Entity who provides an e-mail address may be served only by e-mail after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan (including the Plan Supplement), the Confirmation Order, and all other documents publicly Filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Reorganized Debtors' Case Information Website located at https://dm.epiq11.com/InstantBrands. If you have any questions about this notice or any documents or materials that you received, please contact the Claims and Solicitation Agent, Epiq Corporate Restructuring, LLC, via email at InstantBrandsInfo@epiqglobal.com or via telephone at +1-888-290-5211 (toll-free in the U.S. and Canada) or +1-503-694-4156 (international). The Claims and Solicitation Agent cannot and will not provide legal advice.

*[Remainder of page intentionally left blank]*

Dated: February 27, 2024
Houston, Texas

HAYNES AND BOONE, LLP

*/s/ David A. Trausch*
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
David A. Trausch (TX Bar No. 24113513)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel.:   (713) 547-2000
Email: charles.beckham@haynesboone.com
            arsalan.muhammad@haynesboone.com
            david.trausch@haynesboone.com
*-and-*

DAVIS POLK & WARDWELL LLP
Brian M. Resnick (admitted *pro hac vice*)
Steven Z. Szanzer (admitted *pro hac vice*)
Joanna McDonald (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.:   (212) 450-4000
Email: brian.resnick@davispolk.com
            steven.szanzer@davispolk.com
            joanna.mcdonald@davispolk.com

*Counsel to the Reorganized Debtors*

**Certificate of Service**

I certify that, on February 27, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ David A. Trausch*
David A. Trausch