IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **CORELLE BRANDS ACQUISITION HOLDINGS LLC**, *et al.*, | § § § § | Case No. 23-90716 (MI) |
| Reorganized Debtors.[1] | § § § | Jointly Administered<br>Re: Docket Nos. 1146, 1215, & 1224 |

## ORDER CLARIFYING THE CONFIRMATION ORDER

Upon the motion (the "**Motion**")[2] of Corelle Brands Acquisition Holdings LLC and its affiliates (collectively, the "**Reorganized Debtors**") that are Reorganized Debtors in the Chapter 11 Cases for entry of an order, pursuant to section 105 of the Bankruptcy Code, clarifying the Confirmation Order; and the Court having jurisdiction to consider the Motion, the relief requested therein, and the relief granted herein pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of the Chapter 11 Cases and related proceedings being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Corelle Brands (Texas) Inc. (2526); Corelle Brands Acquisition Holdings LLC (9089); Corelle Brands Acquisition Intermediate Holdings Inc. (3303); Corelle Brands Holdings Inc. (3318); Corelle Brands (Charleroi) LLC (7347); Corelle Brands LLC (0566); Corelle Brands (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the reorganized debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

having reviewed and considered the Motion; and the Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and all objections and reservations of rights filed or asserted in respect of the Motion, if any, having been withdrawn, resolved, or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. For the avoidance of doubt, subclause (ii) of paragraph 31(a) of the Confirmation Order, which temporarily stays and enjoins prosecution of Product Liability Claims pending the outcome of the Objecting Suppliers' Litigation, tolls the expiration of any applicable statutes of limitations, and any such statutes of limitations are tolled as of February 27, 2024, until the expiration of the Product Liability Claims Stay.

2. Any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

3. The Reorganized Debtors and the Product Liability Plaintiffs are authorized to take any action necessary or appropriate to implement and effectuate the terms of, and the relief granted in, this Order without seeking further order of the Court.

4. The Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of the Plan and Confirmation Order, including this Order.

Signed: March 27, 2024

_____
Marvin Isgur
United States Bankruptcy Judge