IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| CORELLE BRANDS ACQUISITION HOLDINGS, LLC, *et al.*, | Case No. 23-90716 (MI) |
| Reorganized Debtors.[1] | Jointly Administered |

## ELIJAH LTD.'S REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this application was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this application was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Elijah Ltd. n/k/a Repario Data LLC ("**Elijah**"), hereby requests allowance and payment of an administrative expense in the amount of $299,380.47 pursuant to sections 503(a) and (b) of the Bankruptcy Code ("**Administrative Request**") for post-petition services rendered by Elijah to

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Corelle Brands (Texas) Inc. (2526); Corelle Brands Acquisition Holdings LLC (9089); Corelle Brands Acquisition Intermediate Holdings Inc. (3303); Corelle Brands Holdings Inc. (3318); Corelle Brands (Charleroi) LLC (7347); Corelle Brands LLC (0566); Corelle Brands (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the reorganized debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

Corelle Brands LLC f/k/a Instant Brands, LLC ("**Instant Brands**").[2] In support thereof, Elijah states as follows:

1. On June 12, 2023 (the "**Petition Date**"), the above-captioned debtors (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.

2. Elijah provides services to Instant Brands pursuant to a Preferred Provider Agreement dated December 1, 2021 (the "**Agreement**"), pursuant to which Elijah provides certain digital forensics and eDiscovery services. A true and correct copy of the Agreement is attached as **Exhibit 1**.

3. Instant Brands owes $299,380.47 in administrative expenses for post-petition services provided by Elijah to Instant Brands. Those services are evidenced by the outstanding invoices (the "Invoices") attached hereto as **Exhibit 2.**

4. Elijah asserts that Debtors have used Elijah's services throughout the tenure of these Chapter 11 cases. Therefore, Elijah has provided ongoing tangible value to the Debtors' estates as such services constitute actual, necessary costs and expenses of preserving the estates.

WHEREFORE, Elijah respectfully requests allowance and payment of an administrative expense to Elijah in the amount of not less than $299,380.47 and reserves its rights to supplement this Administrative Request.

Dated: March 28, 2024

---

[2] This request relates to Case No. 23-90715, which is jointly administered. Elijah files this request out of the abundance of caution. As stated in the Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar date [Doc. 1161], administrative expense claims need not be filed for claims that "relate to post-petition ordinary course operations and are set forth in the Reorganized Debtors' books and records."

Respectfully submitted,

SPENCER FANE, LLP

By: */s/ Misty A. Segura*_____
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com
***Attorneys for Elijah Ltd.***

## CERTIFICATE OF SERVICE

I certify that on March 28, 2024, a true and correct copy of the foregoing document was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and by electronic mail upon the following parties below.

***Counsel to the Reorganized Debtors:***
Davis Polk & Wardwell LLP
Attn: Brian M. Resnick,
Steven Z. Szanzer, and
Joanna McDonald
450 Lexington Avenue
New York, New York 10017
***Email: brian.resnick@davispolk.com***
*steven.szanzer@davispolk.com*
*joanna.mcdonald@davispolk.com*

AND

Haynes & Boone LLP
Attn: Charles A. Beckham, Jr.,
Arsalan Muhammad, and
David A. Trausch
1221 McKinney Street, Suite 4000
Houston, Texas 77010
***Email: charles.beckham@haynesboone.com***
*arsalan.muhammad@haynesboone.com*
*david.trasch@haynesboone.com*

*/s/ Misty A. Segura*___
MISTY A. SEGURA

3