UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Houston

In re: Corelle Brands LLC (f/k/a Instant Brands LLC) §
§
§
Debtor(s) §

Case No. 23-90715

Lead Case No. 23-90716

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2024

Petition Date: 06/12/2023

Plan Confirmed Date: 02/23/2024

Plan Effective Date: 02/27/2024

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Kourtney Lyda
Signature of Responsible Party

Kourtney Lyda
Printed Name of Responsible Party

08/12/2024
Date

1221 Mckinney Street, Suite 4000
Houston, TX 77010
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)     Case No. 23-90715

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $829,028 | $221,892,765 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $829,028 | $221,892,765 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $34,405,383 | $0 | $34,405,383 |
| | *Itemized Breakdown by Firm* | | | | | |
| i | Guggenheim Securities, LLC | Other | $0 | $6,519,457 | $0 | $6,519,457 |
| ii | Davis Polk & Wardwell LLP | Lead Counsel | $0 | $17,832,444 | $0 | $17,832,444 |
| iii | AlixPartners, LLP | Financial Professional | $0 | $8,314,895 | $0 | $8,314,895 |
| iv | EPIQ Corporate Restructuring, | Other | $0 | $907,488 | $0 | $907,488 |
| v | Haynes and Boone, LLP | Local Counsel | $0 | $831,099 | $0 | $831,099 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)    Case No. 23-90715

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | Corelle Brands LLC (f/k/a Instant Brands LLC) | Case No. | 23-90715 |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $4,434,397 | $0 | $4,434,397 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Andersen Tax LLC | Other | $0 | $293,455 | $0 | $293,455 |
| | ii | Alvarez & Marsal Holdings, LL | Other | $0 | $1,050,000 | $0 | $1,050,000 |
| | iii | Baker & McKenzie LLP | Other | $0 | $39,342 | $0 | $39,342 |
| | iv | CPA Global Limited | Other | $0 | $69,107 | $0 | $69,107 |
| | v | Crowell & Moring LLP | Other | $0 | $368,576 | $0 | $368,576 |
| | vi | Couch White, LLP | Other | $0 | $7,856 | $0 | $7,856 |

UST Form 11-PCR (12/01/2021)              4

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)     Case No. 23-90715

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Dentons Canada LLP | Other | $0 | $7,521 | $0 | $7,521 |
| | viii | Dentons US LLP | Other | $0 | $644,538 | $0 | $644,538 |
| | ix | Exponent, Inc | Other | $0 | $59,680 | $0 | $59,680 |
| | x | Fitch Even Tabin & Flannery L | Other | $0 | $57,611 | $0 | $57,611 |
| | xi | Grzeca Law Group, S.C. | Other | $0 | $7,522 | $0 | $7,522 |
| | xii | Kasowitz Benson Torres LLP | Other | $0 | $1,260 | $0 | $1,260 |
| | xiii | Laner Muchin Dombrow Becke | Other | $0 | $20,300 | $0 | $20,300 |
| | xiv | Littler Mendelson PC | Other | $0 | $30,740 | $0 | $30,740 |
| | xv | Lewis Brisbois Bisgaard & Smi | Other | $0 | $5,064 | $0 | $5,064 |
| | xvi | Massey & Gail LLP | Other | $0 | $4,572 | $0 | $4,572 |
| | xvii | Morris, Nichols, Arsht & Tunne | Other | $0 | $101,961 | $0 | $101,961 |
| | xviii | RSM US LLP | Other | $0 | $284,300 | $0 | $284,300 |
| | xix | Sidley Austin LLP | Other | $0 | $100,468 | $0 | $100,468 |
| | xx | Stikeman Elliott LLP | Other | $0 | $941,221 | $0 | $941,221 |
| | xxi | Stobbs IP Limited | Other | $0 | $334,214 | $0 | $334,214 |
| | xxii | Ward Greenberg Heller & Reidy | Other | $0 | $5,089 | $0 | $5,089 |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)   Case No. 23-90715

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)　　　　Case No. 23-90715

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $42,604,577 | $0 | $42,604,577 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $2,090,479 | $829,028 | $2,090,479 | $2,090,479 | 100% |
| b. Secured claims | $45,000,000 | $0 | $45,000,000 | $45,000,000 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　　No ⦿
　　If yes, give date Final Decree was entered: _____
　　If no, give date when the application for Final Decree is anticipated: 12/31/2024
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ⦿　　No ○

UST Form 11-PCR (12/01/2021)　　　　　　　　　　7

| Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC) | Case No. 23-90715 |
|---|---|

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Jamie Keller | Jamie Keller |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 08/12/2024 |
| Title | Date |

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)    Case No. 23-90715


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Corelle Brands LLC (f/k/a Instant Brands LLC)     Case No.  23-90715



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                 10