UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Houston

In re: Instant Brands Inc.

Debtor(s)

Case No. 23-90727

Lead Case No. 23-90716

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2024

Petition Date: 06/12/2023

Plan Confirmed Date: 02/23/2024

Plan Effective Date: 02/27/2024

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Kourtney Lyda
Signature of Responsible Party

Kourtney Lyda
Printed Name of Responsible Party

01/20/2025
Date

1221 Mckinney Street, Suite 4000
Houston, TX 77010
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Instant Brands Inc.  Case No. 23-90727

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $262,542 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $262,542 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Instant Brands Inc.                                                                                          Case No. 23-90727

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Instant Brands Inc.  Case No. 23-90727

| | |
|---|---|
| lxxii | |
| lxxiii | |
| lxxiv | |
| lxxv | |
| lxxvi | |
| lxxvii | |
| lxxviii | |
| lxxix | |
| lxxx | |
| lxxxi | |
| lxxxii | |
| lxxxiii | |
| lxxxiv | |
| lxxxv | |
| lxxxvi | |
| lxxxvi | |
| lxxxvi | |
| lxxxix | |
| xc | |
| xci | |
| xcii | |
| xciii | |
| xciv | |
| xcv | |
| xcvi | |
| xcvii | |
| xcviii | |
| xcix | |
| c | |
| ci | |

b. Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total*

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | | | | | | |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---|---|---|---|
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |

UST Form 11-PCR (12/01/2021)  4

Debtor's Name Instant Brands Inc.  Case No. 23-90727

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

Debtor's Name Instant Brands Inc.                                                                                          Case No.  23-90727

|   |           |   |   |   |   |   |   |
|---|-----------|---|---|---|---|---|---|
|   | xlix      |   |   |   |   |   |   |
|   | l         |   |   |   |   |   |   |
|   | li        |   |   |   |   |   |   |
|   | lii       |   |   |   |   |   |   |
|   | liii      |   |   |   |   |   |   |
|   | liv       |   |   |   |   |   |   |
|   | lv        |   |   |   |   |   |   |
|   | lvi       |   |   |   |   |   |   |
|   | lvii      |   |   |   |   |   |   |
|   | lviii     |   |   |   |   |   |   |
|   | lix       |   |   |   |   |   |   |
|   | lx        |   |   |   |   |   |   |
|   | lxi       |   |   |   |   |   |   |
|   | lxii      |   |   |   |   |   |   |
|   | lxiii     |   |   |   |   |   |   |
|   | lxiv      |   |   |   |   |   |   |
|   | lxv       |   |   |   |   |   |   |
|   | lxvi      |   |   |   |   |   |   |
|   | lxvii     |   |   |   |   |   |   |
|   | lxviii    |   |   |   |   |   |   |
|   | lxix      |   |   |   |   |   |   |
|   | lxx       |   |   |   |   |   |   |
|   | lxxi      |   |   |   |   |   |   |
|   | lxxii     |   |   |   |   |   |   |
|   | lxxiii    |   |   |   |   |   |   |
|   | lxxiv     |   |   |   |   |   |   |
|   | lxxv      |   |   |   |   |   |   |
|   | lxxvi     |   |   |   |   |   |   |
|   | lxxvii    |   |   |   |   |   |   |
|   | lxxviii   |   |   |   |   |   |   |
|   | lxxix     |   |   |   |   |   |   |
|   | lxxx      |   |   |   |   |   |   |
|   | lxxxi     |   |   |   |   |   |   |
|   | lxxxii    |   |   |   |   |   |   |
|   | lxxxiii   |   |   |   |   |   |   |
|   | lxxxiv    |   |   |   |   |   |   |
|   | lxxxv     |   |   |   |   |   |   |
|   | lxxxvi    |   |   |   |   |   |   |
|   | lxxxvi    |   |   |   |   |   |   |
|   | lxxxvi    |   |   |   |   |   |   |
|   | lxxxix    |   |   |   |   |   |   |
|   | xc        |   |   |   |   |   |   |

UST Form 11-PCR (12/01/2021)                                                    6

| Debtor's Name | Instant Brands Inc. | | Case No. | 23-90727 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $45,000,000 | $45,000,000 | $45,000,000 | $45,000,000 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ◯   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:   04/30/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

| | |
|---|---|
| Debtor's Name Instant Brands Inc. | Case No. 23-90727 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Jamie Keller | Jamie Keller |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 01/20/2025 |
| Title | Date |

Debtor's Name Instant Brands Inc.   Case No. 23-90727



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)   9

Debtor's Name Instant Brands Inc.     Case No. 23-90727



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)     10